MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2021
```

# TROY LAW, PLLC
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

March 9, 2021

<u>*Via* ECF</u>
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: Letter Requesting to adjourn the Pre-Motion Conference:**
21-cv-00231-GHW-OTW *Ramirez et al v. Archdiocese of New York et al*

Your Honor,

We represent the Plaintiffs in the above referenced matter. We write respectfully with the consent of Defendants to adjourn the telephone conference currently scheduled for March 11, 2021, to any of the proposed dates and time. This is the first request made by the parties and granting such request will not prejudice any party.

On March 8, 2021, Your Honor scheduled a pre-motion conference in this matter to address Defendants anticipated motion made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure on March 8, 2021. *See* Elec. Order dated March 11, 2021. However, Plaintiffs' counsel has a Jury Trial scheduled to commence on March 10, 2021, in the matter of 17-cv-00273 *Weng v. Kung fu et al.*, which cannot be adjourned. Accordingly, with the consent of Defendants, Plaintiffs respectfully request to adjourn the pre-motion telephone conference currently scheduled for March 11, 2021, to any of the jointly proposed dates;

- March 15, 2021, any time after 4:00 p.m.;
- March 23, 2021;
- March 25, 2021; and
- March 26, 2021

For the foregoing reasons, the Plaintiff respectfully requests to adjourn the pre-motion telephone conference currently scheduled for March 11, 2021, to any of the proposed dates and time.

We thank the court for its time and consideration in this matter.

Respectfully Submitted,

<u>/s/ Aaron Schweitzer, *esq.*</u>
Aaron Schweitzer
*Attorney for Plaintiffs*

---

Application granted in part. The conference scheduled for March 11, 2021 is adjourned to April 7, 2021 at 10:00 a.m.

SO ORDERED.

Dated: March 10, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge