Case 1:21-cv-00231-GHW-OTW   Document 25   Filed 03/23/21   Page 1 of 2

USPC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/23/2021

**MEMORANDUM ENDORSED**

**TROY LAW, PLLC**
ATTORNEYS/COUNSELORS AT LAW
Tel: (718) 762-1324   johntroy@troypllc.com   Fax (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

March 20, 2021

<u>*Via* ECF</u>
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    **Re: Second Letter Requesting to adjourn the Pre-Motion Conference:**
    21-cv-00231-GHW-OTW *Ramirez et al v. Archdiocese of New York et al*

Your Honor,

  We represent the Plaintiffs in the above referenced matter. We write respectfully with the consent of Defendants to adjourn the telephone conference currently scheduled for April 7, 2021, to any of the proposed dates and time. This is the second request made by the parties and granting such request will not prejudice any party. All the prior requests were granted by Your Honor.

  On March 10, 2021, Your Honor granted Plaintiffs' request to reschedule the pre-motion conference in this matter to address Defendants anticipated motion made pursuant to Rule 12(e) of the Federal Rules of Civil Procedure and adjourned the conference to April 7, 2021. *See* Dkt. No. 23. However, Plaintiffs' counsel has another trial scheduled to commence on April 7, 2021, in the matter of 01-20-0000-0621 *Ren Zhongmin v. Mira Sushi, Inc. d/b/a Mira Sushi* which cannot be adjourned. Accordingly, with the consent of Defendants, Plaintiffs respectfully request to adjourn the pre-motion telephone conference currently scheduled for April 7, 2021, to any of the jointly proposed dates:

- April 12, 2021,
- April 16, 2021,
- April 19, 2021 any time after 11:00 a.m., and
- April 20, 2021

  For the foregoing reasons, the Plaintiff respectfully requests to adjourn the pre-motion telephone conference currently scheduled for April 7, 2021, to any of the proposed dates and time.

  We thank the court for its time and consideration in this matter.

Respectfully Submitted,

                                            /s/ Aaron Schweitzer, *esq.*
                                                Aaron Schweitzer
                                            *Attorney for Plaintiffs*

Cc: all counsel of record *via* ecf

Application granted. The conference set for April 7, 2021, is adjourned to April 12, 2021 at 9:00 a.m.

SO ORDERED.

Dated: March 23, 2021
New York, New York

                                            GREGORY H. WOODS
                                        United States District Judge