UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ,

          Plaintiff,

          -against-

ARCHDIOCESE OF NEW YORK, et al.,

          Defendants.
------------------------------------------------------------x

21-CV-0231 (GHW) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties' request for an adjournment of the April 22, 2021 Initial Pretrial Conference is hereby **granted**. The Initial Pretrial Conference is adjourned to **May 20, 2021 at 2:30 pm**. The parties shall refer to ECF 12 for instructions.

The Clerk of Court is directed to close ECF 27.

**SO ORDERED.**

Dated: April 14, 2021
      New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge