**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ, et al.,

               Plaintiffs,

               -against-

ARCHDIOCESE OF NEW YORK., et al.,

               Defendants.

------------------------------------------------------------x

21-CV-0231 (GHW) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall submit a joint discovery status letter by **September 10, 2021**.

**SO ORDERED.**

Dated: July 30, 2021
New York, New York

                                 *s/ Ona T. Wang*
                                 **Ona T. Wang**
                           United States Magistrate Judge