**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

NICOLAS GUADALUPE RAMIREZ, et al., :
 :
    Plaintiffs, :  21-CV-0231 (GHW) (OTW)
 :
    -against- :  **ORDER**
 :
ARCHDIOCESE OF NEW YORK, et al., :
 :
    Defendants. :
 :

-------------------------------------------------------------x

  **ONA T. WANG**, **United States Magistrate Judge**:

   The Court has reviewed ECF 53-1 and does **NOT** approve of the proposed Notice of

29 U.S.C. § 216(b) Collective Action ("Notice") or the attached proposed Consent to Sue Form

("Consent Form"). The parties are directed to revise their proposed materials to conform with

the Notice and Consent Forms recently used in *Ke v. J R Sushi 2 Inc et al*., 19-CV-07332 (PAE)

(BCM) (ECF 113) and file updated proposed materials by **October 14, 2021**.

  **SO ORDERED.**

           *s/ Ona T. Wang*

Dated: October 6, 2021       **Ona T. Wang**
   New York, New York     United States Magistrate Judge