UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ, et al.,      :
                                        :
            Plaintiffs,                 :
                                        :        21-CV-0231 (GHW) (OTW)
            -against-                   :
                                        :        **ORDER**
ARCHDIOCESE OF NEW YORK, et al.,        :
                                        :
            Defendants.                 :
                                        :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 55. The parties shall make the following additional changes to the proposed Notice and Consent Form and file updated materials for approval by **October 21, 2021**:

1. All questions shall be on the same page as the corresponding answers (*see* Nos. 4, 8).

2. The following sentence shall be moved from the end of No. 9 to the end of No. 7: "If you select an attorney other than Troy Law, PLLC to represent you in this action, you may join this lawsuit by submitting an appropriate consent form directly to the Clerk of Court by the deadline indicated herein."

3. The Notice shall include the contact information for Defendants' counsel. *See, e.g.*, *Benavides v. Serenity Spa NY Inc.*, 166 F. Supp. 3d 474, 486 (S.D.N.Y. 2016).

**SO ORDERED.**

                                                          *s/ Ona T. Wang*
Dated: October 15, 2021                                   **Ona T. Wang**
       New York, New York                                 United States Magistrate Judge