UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ, et al., :
:
              Plaintiffs, :     21-CV-231 (GHW) (OTW)
:
              -against- :     **ORDER**
:
ARCHDIOCESE OF NEW YORK, et al., :
:
              Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 56 and 58. The in-person Settlement Conference scheduled for October 26, 2021 is converted to a **counsel-only Pre-Settlement Conference Scheduling Call at 2:00 p.m. (changed from 2:30 p.m.).** The dial in information is (866) 390-1828, access code 1582687.

The October 19, 2021 deadline to submit Settlement Conference Summary Forms and Letters (ECF 41) is adjourned *sine die*.

The Clerk of Court is directed to close ECF 56.

    **SO ORDERED.**

                                                                        _s/ Ona T. Wang_

Dated: October 18, 2021                               **Ona T. Wang**
       New York, New York                    United States Magistrate Judge