**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ, et al., :
:
           Plaintiffs, :     21-CV-231 (GHW) (OTW)
:
           -against- :     **ORDER**
:
ARCHDIOCESE OF NEW YORK, et al., :
:
           Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the instructions given at today's Pre-Settlement Conference Scheduling Call, the Court will hold a preliminary Settlement Conference on **December 13, 2021** (morning or afternoon), **December 14, 2021** (morning or afternoon), **December 15, 2021** (morning or afternoon), or **December 16, 2021** (morning). Counsel shall discuss these dates with their clients and inform the Court of their availability by <u>**October 29, 2021**</u>. If counsel reach agreement on the date of the preliminary Settlement Conference, they shall submit a joint letter; if no agreement is reached, counsel shall submit separate letters with their proposed dates.

    **SO ORDERED.**

                                                                                 *s/ Ona T. Wang*
Dated: October 26, 2021                                          **Ona T. Wang**
       New York, New York                             United States Magistrate Judge