# MEMORANDUM ENDORSED
# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

August 17, 2022

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: _8/17/2022__             │
└─────────────────────────────────────┘
```

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Joint Letter Motion to Extend Time to File *Cheeks* Motion
       or Offer of Judgment
       21-cv-00231-GHW-OTW *Ramirez et al v. Archdiocese of New York et al***

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully, and jointly with counsel for Defendants, to respectfully request an extension of time through and including September 2, 2022 to either file a *Cheeks* Motion with executed settlement agreement or an acceptance of an offer of judgment to resolve all claims.

The original due date is August 22, 2022, *see* Docket Entry No. 86 at *2. This is the parties' first request for an extension of time. The reason for this request is because additional time is needed for settlement papers to be finalized and executed. Defendants have advised that given there are various parties involved they need more time for their clients to review and approve of any settlement agreement. The parties are also continuing to discuss potentially proceeding through an offer of judgment and acceptance of the same instead. The requested extension will not affect other scheduled deadlines, as subject to Court approval the filing of the motion will resolve the case.

We thank the Court for its prompt attention to and kind consideration of this matter.

Respectfully submitted,

By: /s/ John Troy
    John Troy, Esq.
    Aaron Schweitzer
    Tiffany Troy
    Troy Law, PLLC
    41-25 Kissena Blvd, Suite 103
    Flushing, New York 11355
    Phone: (718) 762-1324
    Email: troylaw@troypllc.com

cc: via ECF
    all counsel of record

Application granted.  The deadline for the parties to file a *Cheeks* motion with an executed settlement agreement or an acceptance of an offer of judgment to resolve all claims is extended to September 2, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 88.

SO ORDERED.

Dated: August 17, 2022
New York, New York         _____
                           GREGORY H. WOODS
                         United States District Judge