**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
NICOLAS GUADALUPE RAMIREZ,
ESTELA ROCIO RAMIREZ,
ROSALINDA ROSALES,                                     Case No. 21-cv-00231
NICHOLAS P. RAMIREZ,
ALBERTO PENA
*on behalf of themselves and others similarly situated,*
                                                        *Plaintiffs,*


                                    v.


ARCHDIOCESE OF NEW YORK;
ST. JOSEPH OF THE HOLY FAMILY;
JOSEPH SAYEGH,
LUANA DARSON, and
JOSEPH KINDA,
                                    Defendants.
-------------------------------------------------------------------x

---

**DECLARATION OF JOHN TROY IN FURTHER SUPPORT OF**
**JOINT MOTION FOR SETTLEMENT APPROVAL**

---

Pursuant to 28 U.S.C. § 1746, I, John Troy, declare under penalty of perjury that:

1.  In compliance with the Order issued by District Judge Gregory H. Woods (hereinafter "Judge Woods"), I respectfully submit this declaration in support of the parties' Joint Motion for Settlement Approval. *See* Docket Entry Nos. 90 Joint Letter Motion for Settlement Approval; and 92 Order (directing Plaintiffs' counsel to promptly supplement the Joint Motion with information pertaining to the titles and experience levels of each person who billed time in the invoices that were previously submitted).

2.  The facts herein are based on my personal knowledge and my review of pleadings related to this case and the business records of Troy Law, PLLC ("Troy Law").

3.  I am the principal of Troy Law and counsel of record for Plaintiffs NICOLAS GUADALUPE RAMIREZ (hereinafter "Mr. Ramirez"), ESTELA ROCIO RAMIREZ (hereinafter "Mrs. Ramirez"), ROSALINDA ROSALES (hereinafter "Rosales"), NICHOLAS P. RAMIREZ (hereinafter "Nicholas") and ALBERTO PENA (hereinafter "Pena") (hereafter collectively the "Plaintiffs") in this action.

4.  I am admitted to practice before this Court.

5.  I have represented the Plaintiffs in the instant action under the (1) violations of the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), addressed in this Joint Letter Motion; (2) non-related employment discrimination claims on the basis of race and national origin under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), New York State Human Rights Law, NY Exec. § 290 *et seq.* ("NYSHRL"), and New York City Human Rights Law, NYC Admin. § 8-101 *et seq.* (NYCHRL); and (3) severance damages due to breach of implied contract from August 7, 2020 to the present day.

6.  Prior to the filing of the Complaint, Plaintiffs sent a Demand Letter to Defendants. However, the parties were unable to resolve their claims pre-litigation.

7.  A Complaint was thereafter filed against Defendants ARCHDIOCESE OF NEW YORK, ST. JOSEPH OF THE HOLY FAMILY, JOSEPH SAYEGH, LUANA DARSON, and JOSEPH KINDA. *See* Docket Entry No. 1 (Jan. 11, 2021).

8.  On July 28, 2022, the parties participated in a private mediation session before Judge Henry Pitman (Ret.) and on August 1, 2022,  agreed to a settlement in principle in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00).

9.  Of that amount, the parties allocated (1) One Hundred Thousand Dollars ($100,000.00) to wage-and-hour claims under the FLSA and NYLL and (2) Six Hundred Fifty Thousand Dollars

($650,000.00) to all other non-FLSA or NYLL claims alleged in Plaintiffs' Third Amended Complaint.

10. Following the conference, the Court directed the parties to "address the considerations detailed in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and [to] include a copy of the settlement agreement itself, attached as an exhibit." *See* Docket Entry No. 86 at *2

11. The parties moved for settlement approval on September 2, 2022 with the filing of the Joint Letter Motion Requesting Court Approval of Settlement Agreement, the executed Settlement Agreement, the Damages Calculations, and the Attorney Invoice. *See* Docket Entry No. 90 (Sept. 2, 2021).

12. On November 4, 2022, the Court issued an Order setting the date for a *Cheeks* hearing on November 10, 2022 at 4:00 p.m. by telephone.

13. On November 7, 2022, the Court issued an Order directing Plaintiffs' counsel to promptly supplement the Joint Motion with information pertaining to the titles and experience levels of each person who billed time in the invoices that were previously submitted.

14. As such, Troy Law respectfully supplements with information pertaining to each attorney and staff member in support of the lodestar comparator cross-check for the FLSA/ NYLL portion of the settlement with the role and relevant experience of each of the individuals identified on the attorney invoice, including John Troy, Aaron B. Schweitzer, Preethi Kilaru, Tiffany Troy, and Gavin Dass, below.

15. In preparation of this document, we have conferred with Defendants. Defendants takes no position to Plaintiffs' attorneys' fees or costs or the proposed billing rates.

I.    **Attorneys' Fees Incurred**

16. Troy Law, PLLC has represented Plaintiff since on or about August 7, 2020.

### A.    Contemporaneous Time Records

17. Throughout this time, I have kept contemporaneous time records of the hours I have expended on this matter including the dates of services performed, the tasks I undertook in performing such services, and the hours and portions thereof used to perform such services. I have dedicated a database exclusively to maintaining such contemporaneous time records.

18. Additionally, I have instructed, supervised, and ensured that all associates and employees of Troy Law, PLLC keep contemporaneous time records of the hours they have expended on this matter including the dates of services performed, the tasks they undertook in performing such services, and the hours and portions thereof used to perform such services, in the dedicated database described above, used exclusively for maintaining such contemporaneous time records.

19. Attached hereto as Exhibit 1 is the Time and Billing record of time spent herein, indicating the dates of services performed, the tasks undertaken in performing such services, and the hours or portions thereof used to perform such services.

20. Here, I outline the professional qualifications and biography of office staff who appeared on the Attorney Invoice.

### B.    Experience and Professional Qualification of Office Staff

#### 1.    Managing Attorney John Troy

21. I am the principal of Troy Law, PLLC and have represented Plaintiffs since the inception of this lawsuit. I am a 1985 LLM graduate of Dickinson School of Law. I was admitted to the bar of the State of New York in 1989.

22. I have been a self-employed small business owner since 1989. As the principal attorney of Troy Law, I have continuously represented low-income immigrant workers, in wage-and-hour and employment discrimination cases in this district, as well as the sister Eastern District of New York.

I have routinely appeared before the New York Supreme Court, Commercial Division. I am additionally admitted to the First, Second, and Third Circuit Courts of Appeals, the Northern and Western Districts of New York, the Connecticut District Court, and the Illinois Central District Court. I have also appeared *pro hac vice* before the United States District Courts for the District of Massachusetts, for the District of New Jersey, for the Northern District of Illinois, for the District of Minnesota, and for the District of West Virginia.

23. Troy Law spearheads the nation's wage and hour employment litigation advocacy. We have one of the largest Fair Labor Standards Act case loads in the nation, and one of the largest client bases among the Asian-American and Latinx-American, among others, immigrant worker communities.

24. I am the attorney of record for at least one hundred seventy six (176) wage-and-hour matters in the Eastern District of New York, including:

- 1:22-cv-01614 Leh v. Five Star Beauty Salon, Inc. et al,
- 1:21-cv-07194 Wang et al v. Hebei Tiankai Foundation Engineering Technical Co., Ltd et al,
- 1:21-cv-07163 Stidhum v. 161-10 Hillside Auto Ave, LLC et al,
- 1:21-cv-07137 Tung et al v. Wan Hao Restaurant, Inc. et al,
- 1:21-cv-05002 Jiao et al v. Chulaizhadao Inc,
- 1:21-cv-03832 Lin et al v. Fuji Hana Restaurant Corp et al,
- 1:21-cv-03771 Han v. Shang Noodle House, Inc. et al,
- 1:21-cv-03305 Rilloraza v. Rhodes et al,
- 1:21-cv-03254 Wang et al v. Kirin Transportation Inc. et al,
- 1:21-cv-03211 Qi v. JD Produce Maspeth LLC et al,
- 1:21-cv-03112 Li v. Modern Lighting Corp et al,
- 1:21-cv-02678 Almazo-Ramirez et al v. Buena Vida Pharmacy, Inc. et al,
- 2:21-cv-02103 Yu et. al. v. BEY United, LLC et. al.,
- 2:21-cv-01382 Chen v. Thai Greenleaf Restaurant Corp et. al.,
- 2:21-cv-00747 Fong et. al. v. Kotobuki Restaurant, Inc. et. al.,
- 1:20-cv-06390 Li v. The Chinese Nail Salon Association of East America Inc. et al,
- 1:20-cv-06387 Pang v. Flying Horse Trucking Co Ltd et al,

- 2:20-cv-06296-KAM-ST Li v. Capri Nails & Eco Spa Inc. et. al.,
- 1:20-cv-06242 Ying v. All–Ways Forwarding of N.Y. Inc. et al,
- 1:20-cv-06076-LDH-RER Ding et al v. The Mask Pot Inc. et al,
- 2:20-cv-05631-GRB-AYS Abe v. Seyak Corp. et al,
- 1:20-cv-05557 Tan v. Starlight Tours, Inc. et al ,
- 1:20-cv-05410 Wang et al v. Kirin Transportation Inc et al,
- 2:20-cv-05269 Won et al v. Gel Factory, Corp. et al,
- 2:20-cv-05263-FB-AKT Tian v. Star Nail Salon, Inc. et al,
- 2:20-cv-04767-SJF-AKT Chiu v. East Village Staffing Inc. et al,
- 1:20-cv-04744-ARR-RLM Loh v. 212 Grand Food Corp,
- 1:20-cv-04588-CBA-CLP Wang v. You Garden Dumpling, Inc. et al,
- 1:20-cv-03667-MKB-RML Cui et al v. D Prime, Inc.
- 1:20-cv-02749 Ye et al v. Fuji Hana Restaurant Corp et al ,
- 1:20-cv-02746 Lin v. JD Produce Maspeth LLC et al,
- 1:20-cv-2637 Leong v. Laundry Depot, LLC et al,
- 1:20-cv-02266-PKC-VMS Han v. Shang Noodle House, Inc. et al,
- 1:20-cv-01597-ARR-RLM Loh v Kong Kee Food Corp. et al,
- 1:20-cv-00640-KAM-RER Cooper-Nolasco v. Royal Waste Services, inc et al,
- 2:19-cv-07313 Chen v. Asian Terrace Restaurant Inc et al.,
- 1:19-cv-07312 Pascualito v. Musano et al.,
- 1:19-cv-07304 Tang et al v. Happy Food Restaurant Inc et al
- 1:19-cv-07290-ARR-ST Almazo-Ramirez et al v. Ulises Pharmacy, Inc. et al
- 2:19-cv-07269-AMD-SMG Shen et al v. Zentao Inc et al
- 1:19-cv-07267-BMC Panora v. Deenora Corp et al
- 1:19-cv-07266-AMD-SJB Zhang v. Wan Hao Restaurant Inc. et al,
- 1:19-cv-05458-ENV-JO Stidhum v. 161-10 Hillside Auto Ave, LLC et al,
- 1:19-cv-05203-CBA-SJB Yang v. Zhou's Yummy Restaurant, Inc. et al,
- 1:19-cv-04745-MKB-CLP Caicedo Soto v. Miss Laser, Inc. et al,
- 1:19-cv-04687-PKC-SMG Singh et al v. Golam Mowla Construction, Corp. et al,
- 2:19-cv-03653-JS-ARL Guo v. JR Asian Fusion Inc et. al.,
- 2:19-cv-03545 Leong v. Laundry Depot, LLC et al,
- 2:19-cv-03276 Chen v. LJC Trading New York, Inc. et al,
- 2:19-cv-03269 Ni v. Red Tiger Dumpling House, Inc. et al,
- 2:19-cv-03266-JS-GRB Xu v. Kingstech Technologies, LLC. et al,
- 1:19-cv-03236 Yang v. An Ju Home, Inc. et al,
- 1:19-cv-03149-LDH-RER Hong v. Mito Asian Fusion, Inc. et al,
- 1:19-cv-01625-ARR-SMG Stidhum et al v. 161-10 Hillside Auto Ave, LLC et al;
- 2:19-cv-00630-JS-GRB Chen v. Glow Asian Food, Inc. et al;
- 2:18-cv-07001 Yu et al v. Kim;
- 1:18-cv-06616 Xing v. Mayflower International Hotel Group Inc et al
- 2:18-cv-06614 Gu v. Lemonleaf Thai Restaurant Mineola Corporation et al

- 1:18-cv-06317-ENV-PK Pan et al v. Nutrition Rite Corporation et al
- 1:18-cv-05624-ARR-VMS Jiao et al v. Shang Shang Qian Inc et al
- 2:18-cv-05256 Kiang v. Yummy Oriental Restaurant, Inc. et al,
- 2:18-cv-05091 Chiu v. American Yuexianggui of LI LLC et al,
- 1:18-cv-04615 Zhang v. BrightRay Dental, P.C. et al,
- 1:18-cv-04614 Li v. Kingly Coach, Inc et al,
- 1:18-cv-04086 Wei v. Red Panda Asian Bistro Inc et al,
- 1:18-cv-04085 Wei v. Jing Fu House, Inc. et al,
- 2:18-cv-03923 Her v. Song's Family Food 2 Inc et al
- 2:18-cv-03817 Huang et al v. Gel Factory, Corp. et al,
- 2:18-cv-03266 Wang v. Mandarin Glen Cove, Inc. et al,
- 2:18-cv-03249 Lin v. Lumix Hibachi Restaurant, Inc. et al,
- 1:18-cv-03246 Lin et al v. New Fresca Tortillas, Inc. et al,
- 1:18-cv-00886 Lin et al v. Shanghai Original, Inc. et al,
- 1:18-cv-00729 Yang et al v. Everyday Beauty Amore Inc et al,
- 1:18-cv-00417 Zhu v. Wanrong Trading Corp.,
- 1:18-cv-00253 Zheng et al v. Panarium Kissena Inc. et al,
- 1:17-cv-07603 Suarez Castaneda et al v. F&R Cleaning Services Corp,
- 1:17-cv-07601-ARR-SMG Zeng v. The Parc Hotel LLC Summons Issued et al,
- 1:17-cv-07600 Shum v. JILI Inc et al,
- 2:17-cv-07598 Hsieh v. Revive Nails Spa Corp et al,
- 1:17-cv-7547 Zhuang et al v. Huis Garden Restaurant Inc et al,
- 1:17-cv-7509 Xie v. Sakura Kai I Inc. et al,
- 1:17-cv-6648 Liu v. DSM Laundromat Inc. et al,
- 1:17-cv-6563 Bi v. Guan Dong Yi Jia, Inc. et al,
- 1:17-cv-06464 Yip v. McDonald's Corporation et al,
- 1:17-cv-05571 Gao v. Strong America Limited et al,
- 1:17-cv-05570 Du v. Ma Roo, Inc. et al,
- 2:17-cv-04358 Lin v. Kerdniyom v. Frankie Thais Inc. et al et al,
- 2:17-cv-04357 Lin v. Autumn Sky Enterprise Corp. et al,
- 1:17-cv-04202-ADS-AYS Yu et al v. Kotobuki Restaurant, Inc. et al,
- 1:17-cv-03903-DLI-PK Zhang v. Pur Pac Inc.,
- 1:17-cv-03882-RJD-RML Lin v. Amway Corp.,
- 1:17-cv-03808-CBA-RER Chen v. Dunkin' Brands, Inc.,
- 1:17-cv-03737 Lin v. Monda Window & Door Systems, Inc. et al,
- 1:17-cv-03435-WFK-SMG Lin v. Joe Japanese Buffet Restaurant Inc. et al,
- 1:17-cv-03181-PKC-JO Huang v. GW of Flushing I, Inc. et al,
- 1:17-cv-03043-DLI-JO Lin v. Quality Woods, Inc. et al,
- 2:17-cv-02759-JS-AKT Wu v. Amazon.com, Inc. et al,
- 1:17-cv-02558-ARR-RER Loo v. I.M.E. Restaurant Inc. et al,
- 1:17-cv-02539-ERK-RER Chia et al v. Bangkok Thai Cuisine, Inc. et al,
- 1:17-cv-02174-KAM-JO Hong et al v. 7 Express Restaurant Corp. et al,
- 1:17-cv-01044-CBA-SMG Lin v. Rising Sun Restaurant, Inc. et al,
- 1:17-cv-01015-JBW-RML Li v. Western Metal Work & Supply, Inc. et al,

- 1:17-cv-00646-WFK-RML Plasencia Sanchez et al v. Vital Drugs, Inc. et al,
- 1:17-cv-00643-ENV-SMG Zhou v. Golden Leaf Sky, Inc. et al,
- 1:16-cv-06490-ARR-ST Almazo-Ramirez v. Santo Domingo Pharmacy Inc. et al,
- 1:16-cv-06123-CBA-RER Buestan v. Gal Bi Ma Eul, Inc. et al,
- 1:16-cv-05633-ARR-JO Jin et al v. Shanghai Original, Inc. et al,
- 2:16-cv-05316-SJF-AKT Qu v. Wendy Nail & Spa Inc. et al,
- 1:16-cv-05185-ERK-JO Shi v. DXN Mike Corporation et al,
- 1:16-cv-05184-AMD-RML Liu et al v. VMC East Coast LLC et al,
- 1:16-cv-04840-WFK-LB Sun et al v. Sushi Fussion Express, Inc. et al,
- 1:16-cv-04720 Xu et al v. Jessica Holding, Inc. et al,
- 1:16-cv-04587-AMD-RML Zhang v. DHC NY Corp et al,
- 1:16-cv-03970-PKC-RER Zhang v. Gal Bi Ma Eul, Inc. et al,
- 1:16-cv-03712-RJD-RML Wei v. Penang House, Inc. et al,
- 1:16-cv-03254-NGG-RML Qi v. Hunan Kitchen Flushing Inc. et al,
- 1:16-cv-02907-ARR-VMS Valera v. Law Office of S. Michael Musa-Obregon, P.C
- 1:16-cv-02694-RRM-RML Jiao v. Kitaku Japanese Restaurant, Inc. et al,
- 1:16-cv-02474-AMD-RML Lin et al v. The Dolar Shop Restaurant Group, LLC et al
- 2:16-cv-01354-ADS-SIL Davis v. Cheng et al,
- 2:16-cv-01353-LDW-AKT Yang et al v. Flushing Food, Inc. et al,
- 2:15-cv-07440-LDW-ARL Zhang et al v. XYZ Limousine, Inc. et al,
- 2:15-cv-07439-LDW-AYS Gao v. Yellowstone Transportation, Inc. et al,
- 1:15-cv-07438-KAM-VMS Piao v. Main 15 Lee, LP et al,
- 2:15-cv-07398-JMA-GRB Chen v. Kyoto Sushi, Inc. et al,
- 2:15-cv-07396-AKT Singh v. A & A Market Plaza, Inc. et al,
- 1:15-cv-06399-KAM-PK Qin v. Sensation Neo Shanghai Cuisine, Inc. et al,
- 2:15-cv-06206-JMA-AYS Chen v. Marvel Food Services LLC
- 2:15-cv-05081-SLT-MDG Sanchez Juarez et al v. 156-40 Grill LLC et al
- 2:15-cv-05080-LDW-ARL Leong v. Utopia Home Care, Inc. et al
- 1:15-cv-04987-LDH-MDG Wang v. Ping An Jia Yuan Family Care Services, Inc.,
- 1:15-cv-04917-CBA-MDG Yang v. Richmond Hill Laundry, Inc. et al,
- 1:15-cv-04363-ILGSMG Tam et al v. Star Nissan, Inc. et al (challenging racial employment discrimination where English-speaking Chinese car salesmen were allowed to sell to Chinese-speaking customers only, while other car salesmen can make sales to all clients, as well as minimum wage and overtime violations where salary paid is less than one-and-one-half times the minimum wage)
- 2:15-cv-04194-JMA-SIL Ji v. Jling Inc. et al.
- 1:15-cv-03642-WFK-CLP Luo et al v. Panarium Kissena Inc. et al,
- 1:15-cv-03364-SJRML Song v. Tasty Roast House, Inc. et al,
- 1:15-cv-03058-ENV-LB Feng v. Soy Sauce LLC et al,
- 1:15-cv-02215-CBA-VMS Guan v. Long Island Business Institute, Inc. (challenging racial employment discrimination with lesser pay, more work, and lesser (no) benefits for Chinese sanitation workers and a concerted effort to replace them with Hispanic workers, as well as overtime violations)

- 1:15-cv-01769-RRM-RER Song v. NY Fire LLC et al,
- 1:15-cv-01719-KAM-SMG Lu v. Triborough Construction Services, Inc. et al,
- 1:14-cv-07587-SLT-RER Hou v. Long Island Business Institute, Inc. et al,
- 1:14-cv-06052-BMC Luo v. Liu et al,
- 1:14-cv-04824-JBW-JO Yu v. Star Bakery, Inc. et al,
- 1:14-cv-04532-SLT-MDG Gutierrez et al v. 156-40 Grill LLC et al,
- 1:14-cv-04385-CBA-MDG, Yu v. Panarium Kissena Inc. et al (the lawsuit ended Fay Da Bakery's centralized and uniform practice of illegally deducting meal credit from employee paychecks, affecting more than one hundred employees in more than ten Fay Da Bakery stores),
- 1:14-cv-04188-JG-JMA Shi v. New Saigon Restaurant, Inc. et al,
- 1:14-cv-03435-SLT-RLM Chen et al v. Shanghai Tan Restaurant, Inc. et al,
- 2:14-cv-01828-JFB-ARL Li et al v. Tyku Sushi & Lounge Inc. et al,
- 1:14-cv-01719-RML Bai et al v. Eastern Security System, Inc. et al,
- 2:14-cv-01647-JS-SIL Zhang et al v. Wen Mei Inc. et al,
- 1:14-cv-01491-WFK-VMS Wang v. Empire State Auto Corp. et al,
- 1:14-cv-01003-BMC Luo v. L&S Acupuncture, P.C. et al,
- 1:14-cv-00294-BMC Tan v. Kong,
- 1:13-cv-05791-PKC-VMS Jiao v. Garden Plaza LLC et al,
- 1:13-cv-05790-ILG-SMG Bai v. Zhuo et al,
- 2:13-cv-05233-JFB-AYS Han v. Lin's Nail Salon Inc. et al,
- 2:13-cv-04761-LDW-GRB Gao v. Golden Garden Chinese Restaurant Inc. et al (reversed Magistrate Judge's Order directing plaintiff to provide information and documents relating to his immigration status),
- 1:13-cv-04760-RML Chen v. Macro Gan Eden Inc. et al,
- 2:13-cv-04108-ADS-SIL Li v. Pinwei Life Restaurant Inc. et al,
- 2:13-cv-03221-ADS-WDW Gu et al v. Philippe North America Restaurants LLC et al,
- 1:13-cv-03220-SLT-RML Zhang v. Joy's Hair Studio, Inc. et al,
- 2:13-cv-01628-AKT Li v. Gim Fong Restaurant et al,
- 2:12-cv-05582-AKT Zhou v. Elaine's Asian Bistro Corp. et al,
- 1:12-cv-05008-MKB-SMG Wang et al v. LW Restaurant, Inc. et al,
- 1:12-cv-03462-BMC Li v. King Wok Chinese Kitchen Inc. et al (featured on World Journal on June 18, 2013),
- 1:12-cv-03461-NGG-RML Pak et al v. Great Neck Mazel Fortune Restaurant LLC
- 1:12-cv-02779-WFK-VMS Li v. Empire State Auto Corp. et al,
- 1:12-cv-02147-NGG-SMG Weng v. Minni Shabu Shabu Inc. et al,
- 1:12-cv-02146-JMA Lin, Chang Mei, v. Yeh's Bakery, Inc. et al (finding that a reasonable jury could conclude that defendant bakery earned over $500,000 annually based on plaintiff baker's estimate in spite of defendant's tax returns to the contrary),
- 1:12-cv-01046-SMG Tan et al v. Minni Shabu Shabu Inc. et al,
- 1:12-cv-01045-FBJ-MA Zhang v. Bally Produce Corp. et al,
- 2:12-cv-00513-SJFETB Pu v. Qin et al,

- 1:12-cv-00316-RER Lee et al v. Kim et al,
- 2:11-cv-05637-LDW-ARL Wang v. Yao et al,
- 2:11-cv-05636-PKC-SIL Li v. Li et al, and
- 1:09-cv-05018-JO Gunawan v. Sake Sushi Restaurant, Inc.

25. Additionally, I am the attorney of record for at least two hundred six (206) wage-and-hour matters in the Southern District of New York, including:

- 1:22-cv-02430 Yuquilema Mullo et al v. DoorDash, Inc. et al,
- 7:21-cv-11226 Singh v. 9D Food Mart Inc. et al,
- 1:21-cv-11225 Chang v. L&L New Beginnings LLC et al,
- 7:21-cv-08499 Singh et al v. MH Mobile 300 Inc.,
- 1:21-cv-07614 Lin v. Canada Goose US, Inc.,
- 1:21-cv-06993 Wallace v. International House of Pancakes, LLC et al,
- 1:21-cv-06959 Gao v. A Canaan 168 Inc et al,
- 1:21-cv-05757 Wallace v. Crab House, Inc. et al,
- 1:21-cv-05381 Wallace v. Crab House, Inc. et al,
- 1:21-cv-04757 Chen et al v. Lam et al,
- 1:21-cv-00231-GHW Ramirez et al v. Archdiocese of New York et al,
- 1:20-cv-11026 Bello Herrera et al v. Manna 2nd Avenue LLC et al,
- 1:20-cv-09725-JPC Abe v. Uezu Corporation et al,
- 7:20-cv-09590-PMH Singh v. Joginder Food Mart Inc. et al,
- 7:20-cv-09198-KMK Ahn v. MB Rye Metro Nail, Inc. et al,
- 7:20-cv-08245-PMH Bermejo Sanango v. Ruby Nails Tarrytown, Inc. et al,
- 1:20-cv-05786-LGS Wu v. Eight Oranges, Inc. et al
- 1:20-cv-04324-PGG-SDA Chen v. Canteen 82 Inc. et al,
- 1:20-cv-04214-GHW Yang v. SMJ Construction Inc et al,
- 7:20-cv-03904-PMH Liang v. Master Wok, Inc. et al,
- 7:20-cv-03853-Singh et al v. Meadow Hill Mobile, Inc. et al,
- 7:20-cv-02641-PMH Zhang v. Jun Wei Inc. et al,
- 1:20-cv-02635-PAE Carranza v. VBFS Inc. et al,
- 1:20-cv-02633-VSB Hong, Yingcai v. Lin's Garden Restaurant Inc. et al,
- 1:19-cv-11924-JPO Du v. Dingxiang Inc et al
- 1:19-cv-11895-JMF Chen v. Matsu Fusion Restaurant Inc et al
- 1:19-cv-11888 Santos Hernandez v. Relay Delivery, Inc. et al
- 1:19-cv-11885 Xu v. Kealoha Sushi Inc et al
- 1:19-cv-11883-GBD Chen et al v. Dun Huang Corp et al
- 1:19-cv-11882-KPF Weng v. HungryPanda US, Inc. et al
- 7:19-cv-11881-VB Ji v. Aily Foot Relax Station Inc et al
- 1:19-cv-11168-UA Sarikaputar et al v. Veratip Corp. et al
- 1:19-cv-08502-JMF Shi v. TL & CG Inc. et al
- 1:19-cv-07710-LTS-SN Xi v. Mira Sushi Inc. et al
- 1:19-cv-07702-LGS Huang et al v. Shanghai City Corp et al,

- 1:19-cv-07654-VEC Chen v. Lilis 200 West 57th Corp. et al,
- 1:19-cv-07601-WHP Yu v. Shanghai Dumpling, Inc. et al
- 1:19-cv-07601-WHP Yu v. Shanghai Dumpling, Inc. et al
- 1:19-cv-06115-PGG-DCF Chen v. L & H Wine & Liquor, Inc. et al
- 1:19-cv-05828-PGG-KHP Lu v. Purple Sushi, Inc. et al,
- 1:19-cv-05616-Yang et al v. An Ju Home Inc. et al,
- 1:19-cv-05339-UA Dai et al v. King Jade Garden Inc.,
- 1:19-cv-05310-JGK Wang v. Ren,
- 1:19-cv-05168 Wang v. Maxim International Group, Inc. et al,
- 1:19-cv-05145 Wang v. CLL Brothers, Inc. et al,
- 7:19-cv-05074-NSR Chen v. Spring Nails & Spa Westchester, Inc. et al,
- 7:19-cv-05073 Hong v. Sushi Village 53, Inc. et al,
- 1:19-cv-05072-RA Wang v. Xing Yue Inc. et al,
- 7:19-cv-05018-NSR Hong v. JP White Plains, Inc. et al
- 1:19-cv-02632-JGK Wu v. Lan Sheng Szechuan Food Inc et al,
- 1:18-cv-10338-ALC Cao v. 155 S.G.S. CORP et al,
- 7:18-cv-10334-CS Wan v. YWL USA Inc et al,
- 1:18-cv-08274 Cao v. M & J Asian Restaurant Inc. et al,
- 1:18-cv-08259 Zhang v. Four Seasons Beauty Spa, Inc. et al,
- 7:18-cv-07413 Chen v. Kicho Corporation et al.,
- 1:18-cv-07342 Tecocoatzi-Ortiz et al, v. Just Salad LLC et al,
- 1:18-cv-06442 Gao v. A Canaan Sushi Inc. et al,
- 1:18-cv-06439 Gao v. Umi Sushi, Inc. et al,
- 1:18-cv-06430 Li v. Hui Yang Nails & Beauty Spa Inc et al,
- 1:18-cv-06231 Su v. Wah Fung USA Inc et al,
- 1:18-cv-06175 Solares-Gonzaga v. Essen22 LLC et al,
- 1:18-cv-06174 Chang et al v. CK Tours, Inc et al,
- 1:18-cv-06018 Yeh v. Han Dynasty, Inc,
- 1:18-cv-05448 Qiu et al v. Shanghai Cuisine, Inc. et al,
- 1:18-cv-04941 Ye v. 2953 Broadway LLC et al,
- 1:18-cv-04734-LGS Zhao et al v. Matsu Fusion Restaurant, Inc. et al,
- 1:18-cv-04690-ER Wu et al v. iFresh Incorporated et al,
- 1:18-cv-03551-GHW Chen et al v. Koto Japanese Steak House Inc,
- 1:18-cv-03101-JMF Luo v. Kaiyi Inc. et al,
- 1:18-cv-01715 Lin et al v. Shanghai Original, Inc. et al,
- 1:18-cv-00528-GBD Lin v. Yuri Sushi Inc,
- 1:17-cv-10250 Lawrence v. Curry Shack, Corp.,
- 1:17-cv-10248 Law v. AAE Express (NY) Corp.,
- 1:17-cv-10244 Jinquan et al v. Pomodoro Italian Express Inc. et al,
- 1:17-cv-10243 Su et al v. Hailu Asian Bistro Inc.,
- 1:17-cv-10242 Apolinar-Mateos v. Bowery Hospitality Associates LLC et al,
- 1:17-cv-10240 Zhong et al v. Royal Siam Restaurant, Inc et al,
- 1:17-cv-10161 Hu et al v. 226 Wild Ginger Inc. et al,
- 1:17-cv-09582 Wang v. Yong Lee Inc. et al,

- 1:17-cv-09465 Zhang et al v. New Beijing Wok, Inc. et al,
- 1:17-cv-08791 Gao v. Shine Glory LLC et al,
- 1:17-cv-08715 Li v. Wok 88 Inc. et al,
- 1:17-cv-08159 Gao v. Lucky Brother Inc et al,
- 1:17-cv-07066 Zhang et al v. Hiro Sushi at Ollies Inc. et al,
- 1:17-cv-06713 Cui v. East Palace One, Inc. et al,
- 1:17-cv-06197 Dai et al v. Lychee House Inc. et al,
- 1:17-cv-06153 Chen v. Sushi 21 NY Inc. et al,
- 1:17-cv-05234 Altamirano v. La Stanza NYC LLC et al,
- 1:17-cv-04746-ALC Chen v. Ginza Sushi 1688 Inc et al,
- 1:17-cv-04661-PGG Wu v. Sushi Nomado of Manhattan, Inc. et al,
- 1:17-cv-04536-PAE Zhang v. Li Feng Eatery Inc. et al,
- 1:17-cv-04277-PKC Li v. Tina Nail Spa Salon Inc. et al,
- 1:17-cv-04234-ALC Lin v. Lava Kitchen Inc. et al,
- 1:17-cv-04058-RA Kwan v. Sahara Dreams Co. II Inc. et al,
- 7:17-cv-03795-CS Singh et al v. Best NY Contracting, Inc. et al,
- 1:17-cv-03787-JMF Singh et al v. Dany Restoration Inc. et al,
- 1:17-cv-02536-UA Chen v. Shanghai Cafe Deluxe, Inc. et al,
- 1:17-cv-02517-GBD Zhao v. Soho Sushi, Inc. et al,
- 1:17-cv-02013 Wang v. Happy Hot Hunan Restaurant, Inc et al,
- 1:17-cv-01938-RMB Zhou v. Legend 72, LLC et al
- 1:17-cv-01774-WHP Lin et al v. Teng Fei Restaurant Group Inc. et al,
- 1:17-cv-00840-VSB Wang et al v. Shun Lee Palace Restaurant, Inc. et al,
- 1:17-cv-00816-LGS Tangtiwatanapaibul et al v. Tom & Toon Inc et al,
- 1:17-cv-00814-ALC Sarikaputar et al v. Veratip Corp. et al,
- 1:17-cv-00802-GBD Chen et al v. Hunan Manor Enterprise, Inc. et al,
- 1:17-cv-00440-LAP Dai v. Ko-Zushi Japanese Restaurant, Inc. et al,
- 1:17-cv-00275-UA Zhu v. Atami on 2nd Avenue, Inc. et al,
- 1:17-cv-00273-LAP Weng et al v. Kung Fu Little Steamed Buns Ramen, Inc. et al,
- 1:16-cv-09302-LAP Tan v. SHK Management Inc. et al,
- 1:16-cv-07787-ALC Li v. Chinatown Take-Out Inc. et al,
- 1:16-cv-07079-JGK Mayoral-Climico et al v. Papa Fresh, Inc. et al,
- 1:16-cv-07078-JGK Camara et al v. Just Salad 600 Third LLC et al,
- 1:16-cv-06800-GHW Li v. Hiro Sushi at Ollie's Inc. et al,
- 1:16-cv-06762 Mayoral-Climico et al v. Merilu Pizza Al Metro, Inc. et al,
- 1:16-cv-06677-PGG Mayoral-Climico et al v. Ninth Avenue Wings, Inc. et al.,
- 1:16-cv-06274-RJS De Los Santos et al. v Hat Trick Pizza, Inc et al,
- 1:16-cv-06219-ER Liu et al. v. J.R.H. Restaurant Group, Inc. et al,
- 1:16-cv-05735-GHW Chen et al. v 2425 Broadway Chao Restaurant, LLC, et al,
- 1:16-cv-04790-WHP Chen v. Shanghai Café Deluxe, Inc. et al,
- 1:16-cv-04093-JMF Pu v. Matsu, Inc. et al,
- 1:16-cv-04018-ALC Guerrero Tapia v Applied Underwriters Captive Risk Assurance Company, Inc. et al,
- 1:16-cv-03599-LTS Wang v Hanami Sushi, Inc. et al,

- 1:16-cv-02015-GBD Shen et al. v John Doe Corporation et al,
- 1:16-cv-02014-AT Guo v Yahiro Inc et al,
- 1:16-cv-02012-JGK Chen et al. v. Best Miyako Sushi Corp. et al,
- 1:16-cv-02005-LGS Chen et al v. H.B. Restaurant Group, Inc. et al,
- 1:15-cv-8776-AJN Zhang et al v. Lemon Green Corp. et al.,
- 1:15-cv-8655-KBF Espinobarros Apolinar et al. v. R.J. 49 REST, LLC et al.,
- 1:15-cv-10186-ER Wen v. Hair Party 24 Hours Inc., et al,
- 1:15-cv-10185-ALC She v Friedman et al,
- 1:15-cv-10184-VEC Xing et al v. Fishion, Inc. et al,
- 1:15-cv-10183-JGK Alvino Rea Rea et al v. Just Salad 600 Third LLC et al,
- 7:15-cv-09635-VB Zheng et al v. J&J US Trading Inc. et al.
- 1:15-cv-09507-DCF Lin v. La Vie en Szechuan et al.,
- 1:15-cv-09370-GHW Zhang et al v. 89 Tenzan Japanese Cuisine Inc et al.,
- 7:15-cv-09284-VB Lin v. Wild Wasabi, Inc. et al,
- 1:15-cv-06886-AKH Lin v. Arata Izumi Japanese Restaurant, Inc. et al.,
- 1:15-cv-06527-AT Guo et al. v. Lemongrass on Broadway Corporation et al.,
- 1:15-CV-06252-JMF Mao et al v. Sands Bethworks Gaming LLC et al.,
- 1:15-cv-05434-PGG Cao et al v. Atami on 2nd Avenue, Inc. et al,
- 1:15-cv-05031-GBD Zhang v. Sunshine USA, Inc. et al,
- 1:15-cv-04946-VSB Zhang v. Akami Inc. et al,
- 1:15-cv-04938-JPO Chen v. AKI 36 INC. et al,
- 1:15-cv-04433-LGS Li et al v. 8868 Corp et al,
- 1:15-cv-02449-LTSAJP Chen v. Ho Wong Take-Out, Inc. et al,
- 1:15-cv-02448-ALC Zhang v. Cha Pa's Noodles and Grill Corp. et al,
- 1:14-cv-10243-LGS Che et al v. La Tova, Inc. et al,
- 1:14-cv-10242-AJN-JCF Li et al v. Ichiro Sushi, Inc. et al,
- 1:14-cv-10240-LGS Zheng v. China Moon Hospitality Corp. et al,
- 7:14-cv-10239-LMS Tang v. JP White Plains, Inc. et al,
- 1:14-cv-10237-VSB Chen v. Empire East 34, Inc. et al,
- 1:14-cv-09293-VEC Li v. Oliver King Enterprises, Inc. et al,
- 1:14-cv-07102-SHSJLC Feng et al v. Hampshire Times et al,
- 1:14-cv-06103-VEC Zhao et al v. L & K Restaurant, Inc. et al,
- 7:14-cv-04737-LMS He et al v. Kirari Sushi, Inc et al,
- 1:14-cv-03970-VSB Guan et al v. New Akita Inc. et al,
- 1:14-cv-03967-JMF Chen v. Y Cafe NYC Inc. et al,
- 1:14-cv-03964-PAE Guo et al v. Tommy's Sushi Inc. et al,
- 1:14-cv-03963-AJN Chen v. Mee Noodle Shop and Grill Inc et al,
- 1:14-cv-02451-ER Rodpracha et al v. Pongsri Thai Restaurant Corp. et al (certified as a Rule 23 class with well over one hundred and fifty (150) members),
- 1:14-cv-02450-PAE Zhou et al v. Xing et al,
- 1:14-cv-00269-RJS Najera et al v. Aoyama Sushi Inc. et al,
- 7:13-cv-07519-NSR Wang v. Qiu Imperial Wok, Inc. et al,
- 1:13-cv-06667-PAE-JCF Zhang et al v. Lin Kumo Japanese Restaurant Inc. et al,
- 1:13-cv-07372-VEC Li v. Oliver King Enterprises, Inc. et al,

- 1:13-cv-06534-ER Yap et al v. Mooncake Foods, Inc. et al,
- 1:13-cv-06533-PAC Weng et al v. New Kam Lai A LLC et al,
- 1:13-cv-06532-RMB Liu v. Tasty King, Inc. et al,
- 1:13-cv-04477-RAFM Lobsang et al v. Sate Restaurant Inc.,
- 7:13-cv-03887-LMS Luo et al v. The True Grapevine Restaurant, Inc. et al,
- 7:12-cv-08870-KMK-PED Su et al v. Haiku Asian Bistro Inc. et al
- 1:12-cv-07503-NRB Liew v. Mooncake Foods, Inc. et al,
- 1:12-cv-07237-HBP Low et al v. Tian Yu Inc. et al,
- 1:12-cv-03151-LTS-MHD Gao v. Salaam Bombay, Inc. et al,
- 1:12-cv-01054-TPG Liang et al v. J.C. Broadway Restaurant, Inc. et al,
- 1:11-cv-06483-KBF Ni v. Tian Yu Inc. et al,
- 1:11-cv-04867-NRB Wang et al v. Akita, Inc. et al, and
- 1:10-cv-03913-BSJ-MHD Sun et al v. Liberty View Restaurant Inc. et al (featured on World Journal and Sing Tao Daily on November 26, 2011).

26. Additionally, I am the attorney of record for forty (40) wage-and-hour matters in the Northern District of New York, Western District of New York, District of New Jersey, District of Connecticut, District of Illinois, District of Massachusetts, District of Minnesota, District of Pennsylvania, and District of West Virginia:

- N.D.N.Y. 1:17-cv-00148-MAD-TWD Zhang v. Ichiban Group, LLC et al,
- N.D.N.Y. 1:16-cv-00863-DNH-DEP Li v. Ichiban Mei Rong Li Inc. et al,
- N.D.N.Y. 1:11-cv-01256-GTS-DRH Low v. Wang et al,
- W.D.N.Y. 1:17-cv-00656 Yu v. King Buffet in Springville, Inc. et al,
- D.N.J. 2:20-cv-5942 LIN et al v. Fada Group Inc., et al;
- D.N.J. 2:19-cv-12742-CCC-JBC Yang v. Somchai and Company Inc et al;
- D.N.J. 2:19-cv-09392-KM-MAH Yang v. Taste of North China, LTD et al;
- D.N.J. 2:18-cv-13791 Chen v. Main Moon Lin Inc. et al,
- D.N.J. 2:18-cv-11347 Wang et al v. An Da NJ Construction LLC et al,
- D.N.J. 3:18-cv-11278 Lin v. Wasabi N' Wok Inc et al,
- D.N.J. 2:18-cv-11277 Li v. Chinese Body Works, Inc et al,
- D.N.J. 2:18-cv-10359 Zhang v. Chongqing Liuyishou Gourmet NJ Inc et al,
- D.N.J. 2:18-cv-10358 Ding v. Baumgart Restaurat, Inc. et al,
- D.N.J. 2:18-cv-09887 Li v. Soup Dumpling Plus Inc. et al,
- D.N.J. 2:17-cv-12867 Liu et al v. Cheng Du 23 Inc et al,
- D.N.J. 2:16-cv-04798-KM-MAH Yue v. HYC Corp. et al,
- D.N.J. 1:16-cv-03634-RBK-JS Zhou v. Best Food in Town I LLC et al,
- D.N.J. 2:16-cv-02811-KSH-CLW Goh v. Nori O Inc. et al,
- D.N.J. 3:16-cv-02443-MAS-TJB Wang et al v. Saker Shoprites, Inc. et al,
- D.N.J. 2:15-cv-07963-MCA-LDW Goh v. Nori O Inc. et al,
- D.N.J. 2:15-cv-06310-KM-MAH Goh v. Coco Asian Cuisine, Inc. et al,

- D.N.J. 2:15-cv-05530-ES-MAH Ha v. Baumgart Cafe of Livingston et al,
- D.N.J. 2:15-cv-02950-MAS-DEA Wang et al v. Chapei LLC et al,
- D.N.J. 2:14-cv-00812-MAH Zhou v. Related Restaurant Group, LLC et al,
- D.N.J. 2:14-cv-00809-JMV-MF Yin et al v. Hanami Westwood, Inc. et al,
- D.N.J. 2:12-cv-02845-SRC-MAS Shu et al v. Noodle Restaurant, Inc. et al,
- D. Conn. 3:20-cv-00687-VLB Lin v. New China King Zheng Inc. et al
- D. Conn. 3:19-cv-02024-AVC Chang v. Jenny Jn Nails, Inc. et al
- D. Conn. 3:19-cv-02018-AVC Yeung v. New Foliage, Inc. et al
- D. Conn. 3:19-cv-02017-VAB Lu et al v. Diamond Nail Salon, LLC et al
- D. Conn. 3:18-cv-01126-JAM Zheng v. Lydia M.C. LLC et al,
- D. Conn. 3:18-cv-00203-CSH Zhen Zhu v. Matsu Corp. et al,
- D. Conn. 3:17-cv-01096-JAM Sun v. Panda III Grenwich, Inc. et al,
- D. Conn. 3:12-cv-00874 Lin et al v. Wild Rice, Inc. et al,
- D. Ill. 1:18-cv-06848 18-cv-06848 Lin v. Monda Window & Door Systems, Inc. et al,
- D. Mass. 3:16-cv-40138-KAR Gonpo v. Sonam's Stonewalls & Art, LLC et al,
- D. Minn. 0:17-cv-05069-JRT-HB Wang v. Jessy Corporation et al,
- D. Penn. 2:17-cv-01073-RBS Tong et al v. Henderson Kitchen Inc. et al, and
- D.W.V. 17-cv-00042-IMK You v. Grand China Buffet & Grill, Inc.

27. In addition, I am the attorney of record for twelve (12) wage-and-hour matters before the

American Arbitration Association.

- 01-21-0004-9948 Kyong Ho Ahn v. MB Rye Metro Nail d/b/a Rye Metro Nails and Sun '
- 01-21-0017-8338 Yaoxiao Li v. X-Treme Care, LLC
- 01-20-001507148 Yaoxiao Li v. X-Treme Care, LLC
- 01-22-0000-4423 Teck Kim Eu v. Cheng Du 23 Inc d/b/a Cheng Du 23; Ching Xing Lin
- 01-22-0000-3837 Ji Yuan Lin v. Cheng Du 23 Inc d/b/a Cheng Du 23; Ching Xing Lin
- 01-22-0001-2518 Kin Bun Kwan v. Cheng Du 23 Inc d/b/a Cheng Du 23; Ching Xing Lin
- 01-22-0000-8567 Ming Fong v. Cheng Du 23 Inc d/b/a Cheng Du 23; Ching Xing Lin
- 01-20-0000-0619 Xi v. Mira Sushi, Inc.
- 01-20-0000-0621 Ren v. Mira Sushi, Inc.
- 01-20-0000-1914 Eu v. Cheng Du 23, Inc.
- 01-20-0003-7868 Hernandez v. Relay Delivery, Inc.
- 01-20-0000-0617 Wang v. Maxim International Group
- 01-18-0003-6297 Wu, Shu Jun Ma a v. Kyoto Sushi, Inc. d
- 01-18-0003-7254 Tabacchino v. Amazon.com, Inc
- 01-18-0003-8026 Miralda Rodriguez v. Bowery Hospitality Associates
- 01-18-0003-8037 Li v. Wok 88, Inc.

- 01-18-0004-3112 Wu v. Amazon.com, Inc.
- 01-18-0004-5455 Apolinar-Mateos v. Bowery Hospitality Associates, Inc.

28. I have written extensively on Fair Labor Standards Act and New York Labor Law minimum wage, overtime compensation, and record-keeping requirements: my op-ed in Taiwanese envoy Hsien-Hsien "Jacqueline" Liu's fraudulent foreign labor contracting of two Filipino maids has been published in *China Times*, the fourth largest Taiwanese newspaper in circulation, and my interviews on wage-and-hour law and requirements have been featured *in Sing Tao Daily*, Hong Kong's second largest newspaper, and *World Journal*, the largest Chinese-language newspaper in the United States.

29. In recognition of my work in the employment law, I have been invited as faculty of the Public Law Institute, for its wage-and-hour seminar in 2017.

30. In recognition of my expertise in the field of wage-and-hour litigation, I was a panelist on the panel "Recent Trends and Strategic Considerations for Conditional Collective Actions under the FLSA" at the National Employment Lawyers' Association-New York 2022 Spring Conference on Representing Employees.

31. Troy Law has represented classes in this District and in the courts of New York, including:

- NYED 14-cv-01647-JS-SIL *Zhang et al v. Wen Mei, Inc. et al*
- NDNY 17-cv-00148-MAD-TWD *Zhang et al v. Ichiban Group, LLC et al*, and
- Westchester Sup Ct 056836/2020 *Guncay v. JCR American Builders, Inc. et al*

32. Additionally, Troy Law has handled numerous multi-plaintiff Fair Labor Standards Act collective actions, including:

- NYSD 1:20-cv-02633-VSB *Hong v. Lin's Garden Restaurant Inc. et. al*
- NYED 2:20-cv-06296-KAM-ST *Li v. Capri Nails & Eco Spa Inc. et. al*
- NYED 1:20-cv-03667-MKB-RML *Cui et al v. D Prime, Inc*
- CT 20-cv-01206-VLB *Han v. Ming Jiang Services Corp et al*
- NYLI 2:19-cv-03545-ENV-PK *Leong v. Laundry Depot, LLC et al*
- NYLI 2:19-cv-00630-JS-GRB *Chen v. Glow Asian Food, Inc. et al*
- CT 3:19-cv-00525-JBA *Wei et al v. Sichuan Pepper Inc et al*

- NYLI 18-cv-03817-JMA-SIL *Huang et al v. Gel Factory Corp, et al*
- NYED 2:17-cv-04202-JMA-AYS *Yu et al v. Kotobuki Restaurant, Inc. et al*
- NYSD 1:17-cv-01774-DCF *Lin et al v. Teng Fei Restaurant Group Inc. et al*
- NYED 17-cv-02539-EK-SJB *China et al v. Bangkok Thai Cuisine, Inc. et al*
- NYSD 1:17-cv-10240-GHW *Zhong et al v. Royal Siam Restaurant Inc. et al*
- NYSD 17-cv-02013-RA-JLC *Wang v. Happy Hot Hunan Restaurant, Inc.*, et al
- NYSD 1:17-cv-06713-PGG-DCF *Cui v. East Palace One, Inc. et al*
- NYED 16-cv-01353-ADS-AKT *Kang et al. v. Flushing Food, Inc. et al*
- NYSD 1:16-cv-04790-DCF *Chen v. Shanghai Café Deluxe, Inc. et al*
- NYED 1:16-cv-01953-RPK-RML *Li et al v. The Dolar Shop Restaurant Group LLC et al*
- NYED 1:16-cv-05185 *Shi, et al. v. DXN Mike Corp. d/b/a Shangri Nail Salon, et al*
- NYWP 7:15-cv-09635-VB *Zheng et al v. J&J US Trading Inc.*
- NYSD 1:15-cv-09507-DCF *Lin v. La Vie en Szechuan Restaurant Corp. et al*
- NYED 1:15-cv-04917-CBA-RLM *Yang v. Richmond Hill Laundry Inc. et al*, and
- NYWP 1:14-cv-04737-KMK *He et al., v. Kirari Sushi, Inc. et al*, just to name some.

33. District court judges often cite our cases in granting motion for specialized preliminary FLSA class certification, many of which go to show John Troy's innovative and precedent-setting practice. *See Loh v. Kong Kee Food Corp.*, No. 20-cv-01597 (ARR) (RLM), Dkt. No. 48 (E.D.N.Y.), at *10 (citing *Ni v. Red Tiger Dumpling House, Inc.* for the proposition that one plaintiff's affidavit can go to show a common unlawful policy), at*14 (citing *Chui v. Am. Yuexianggui of LI LLC* as an example of the court being convinced to permit equitable tolling during the pendency of a motion for preliminary certification), at *18 (citing *Chen v. Asian Terrace Rest., Inc.* for the proposition that notice methods other than direct mail, including email, are warranted during the COVID-19 pandemic); *see also Ke v. JR Sushi 2, Inc.*, No. 19-cv07332 (PAE) (BCM) (S.D.N.Y. Jan. 15, 2012) (granting discovery of employees' social media IDs for purpose of disseminating preliminary certification notice); *Lu v. Purple Sushi, Inc.*, 447 F. Supp. 3d 89, 97 (S.D.N.Y. 2020) (same); *Qiu v. Shanghai Chinese Cuisine, Inc.* 2019 WL 6002371, at *4

(S.D.N.Y. Nov. 14, 2019) (same); *Wu v. Sushi Nomado of Manhattan, Inc.*, 2019 WL 3759126, at *12–13 (S.D.N.Y. July 25, 2019) (same).

34. I have previously been awarded $600 per hour in *Zhiqiang Lu et al. v. Golden Fortune Restaurant Inc et al.* (New York State, N.Y. County Apr. 27, 2022 Oral Order); $550.00 per hour in *Yong Xu v. Kealoha Sushi Inc. et al.,* 1: 19-cv-1185-PAE-SDA (S.D.N.Y. August 24, 2021); *Lianhua Weng v. Kung Fu Little Steamed Buns et al.*, 1:17-cv-00273-LAP (S.D.N.Y. May 21, 2021) (granting an hourly rate of $550 for all partner-level work); 1:17-cv-10161-JGK-KNF *Hu et al v.226 Wild Ginger Inc. et al*. (S.D.N.Y. Oct. 7, 2020); 2:18-cv-10359-CCC-SCM *Zhang v. Chongqing Liuyishou Gourmet NJ Inc*. (D.N.J. Nov. 26, 2019); $500 in *Yatao Wang v. Maxim International Group, Inc.*, American Arbitration Association Case No. 01-20-0000-0617 Final Award (June 1, 2021); $400 in *Junmin Shen v. Number One Fresco Tortillas*, 16-cv-2015 (RWL) (S.D.N.Y. Feb. 19, 2019); $400 in *Baoli Zhang v. New Beijing wok d/b/a Beijing Wok* et al 17-cv-09465 (S.D.N.Y. Mar. 3, 2020); $400 in *Tarsem Singh et al. v. Dany Restoration, Inc. et al.* 17-cv-03787 (S.D.N.Y. Sept. 18, 2018).

35. In non-contingent fee structure matters, Mr. Troy charges $650.00 per hour to his clients.

36. I respectfully submitted an invoice with the hourly rate of $650.00 per hour for my billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award. For the travel to the court for the settlement conference, I have applied a reduced rate of $275.00 as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

### 2. Managing Associate Aaron Schweitzer

37. **AARON SCHWEITZER** is the managing associate at Troy Law.

38. Mr. Schweitzer received his JD with a concentration in employment law from the Fordham University School of Law in 2016, which also awarded him the Archibald R. Murray Public Service Award *cum laude*.

39. Mr. Schweitzer was admitted to the New Jersey State Bar on November 14, 2017 and the New York State Bar on May 16, 2018.

40. Prior to joining Troy Law in April 2017 as a clerk, Mr. Schweitzer had extensive experience advocating for workers, including coordinating with organizers for SAG-AFTRA's 2017 videogame voice actors' strike, assisting Fordham Law's, John Hopkins's, and American University's food service workers and their unions, and advising worker cooperatives at Lincoln Square Legal Services.

41. For his extensive experience in wage-and-hour litigation, Mr. Schweitzer was an invited panelist to the panel "Recent Trends and Strategic Considerations for Conditional Collective Actions under the FLSA" at the National Employment Lawyers' Association-New York 2022 Spring Conference on Representing Employees.

42. Altogether, Mr. Schweitzer has about five (5) years of legal experience. During his tenure at Troy Law, since November 2017, Mr. Schweitzer has litigated over ninety-nine (99) wage-and-hour actions in the federal courts, including the Southern, Eastern, and Northern Districts of New York, the District of New Jersey, and the District of Massachusetts.

43. Many of his litigations are multi-plaintiff actions, collective and class actions, and/or wage-and-hour and employment discrimination actions. He has obtained favorable outcomes in several trials, including: *Li et al v. Chinatown Take-Out Inc. et al*, SDNY 7:16-cv-07787-JCM (bench trial); *Singh v. A & A Market Plaza, Inc.*, EDNY 2:15-cv-07396-AKT (jury trial); *Xie v. Sakura Kai I Inc., et al*, 17-cv-07509-ILG-JO (bench trial); and the instant case.

44. Mr. Schweitzer also tries around ten (10) jury and bench FLSA cases each year.

45. Aaron Schweitzer is an attorney in at least 79 cases in the Southern District of New York.

- 1:21-cv-00231-GHW Ramirez et al v. Archdiocese of New York et al,
- 1:20-cv-11026 Bello Herrera et al v. Manna 2nd Avenue LLC et al,

- 1:20-cv-09725-JPC Abe v. Uezu Corporation et al,
- 7:20-cv-09590-PMH Singh v. Joginder Food Mart Inc. et al,
- 7:20-cv-09198-KMK Ahn v. MB Rye Metro Nail, Inc. et al,
- 7:20-cv-08245-PMH Bermejo Sanango v. Ruby Nails Tarrytown, Inc. et al,
- 1:20-cv-05786-LGS Wu v. Eight Oranges, Inc. et al
- 1:20-cv-04324-PGG-SDA Chen v. Canteen 82 Inc. et al,
- 1:20-cv-04214-GHW Yang v. SMJ Construction Inc et al,
- 7:20-cv-03904-PMH Liang v. Master Wok, Inc. et al,
- 7:20-cv-03853-Singh et al v. Meadow Hill Mobile, Inc. et al,
- 7:20-cv-02641-PMH Zhang v. Jun Wei Inc. et al,
- 1:20-cv-02635-PAE Carranza v. VBFS Inc. et al,
- 1:20-cv-02633-VSB Hong, Yingcai v. Lin's Garden Restaurant Inc. et al,
- 1:19-cv-11924-JPO Du v. Dingxiang Inc et al
- 1:19-cv-11895-JMF Chen v. Matsu Fusion Restaurant Inc et al
- 1:19-cv-11888 Santos Hernandez v. Relay Delivery, Inc. et al
- 1:19-cv-11885 Xu v. Kealoha Sushi Inc et al
- 1:19-cv-11883-GBD Chen et al v. Dun Huang Corp et al
- 1:19-cv-11882-KPF Weng v. HungryPanda US, Inc. et al
- 7:19-cv-11881-VB Ji v. Aily Foot Relax Station Inc et al
- 1:19-cv-11168-UA Sarikaputar et al v. Veratip Corp. et al
- 1:19-cv-08502-JMF Shi v. TL & CG Inc. et al
- 1:19-cv-07710-LTS-SN Xi v. Mira Sushi Inc. et al
- 1:19-cv-07702-LGS Huang et al v. Shanghai City Corp et al,
- 1:19-cv-07654-VEC Chen v. Lilis 200 West 57th Corp. et al,
- 1:19-cv-07601-WHP Yu v. Shanghai Dumpling, Inc. et al
- 1:19-cv-07601-WHP Yu v. Shanghai Dumpling, Inc. et al
- 1:19-cv-06115-PGG-DCF Chen v. L & H Wine & Liquor, Inc. et al
- 1:19-cv-05828-PGG-KHP Lu v. Purple Sushi, Inc. et al,
- 1:19-cv-05616-Yang et al v. An Ju Home Inc. et al,
- 1:19-cv-05339-UA Dai et al v. King Jade Garden Inc.,
- 1:19-cv-05310-JGK Wang v. Ren,
- 1:19-cv-05168 Wang v. Maxim International Group, Inc. et al,
- 1:19-cv-05145 Wang v. CLL Brothers, Inc. et al,
- 7:19-cv-05074 Chen v. Spring Nails & Spa Westchester, Inc. et al,
- 7:19-cv-05018 Hong v. JP White Plains, Inc. et al,
- 1:18-cv-12333 Zhang v. WM Restaurant Corp,
- 1:18-cv-12332 Zhang v. Sabrina USA Inc.,
- 1:18-cv-12329 Feng v. Kelai Corp.,
- 7:18-cv-12327 Singh v. JGAJ Petroleum, Inc.,
- 1:18-cv-12220 Geng v. Shu Han Ju Restaurant II Corp et al,
- 1:18-cv-12202 Lin v. Ginza 685 Inc et al,
- 1:18-cv-12158 Hu v. Tea Pot 88, Inc. et al,
- 1:18-cv-10338 Cao v. 155 S.G.S. CORP et al,

- 1:18-cv-08274 Cao v. M & J Asian Restaurant Inc. et al,
- 1:18-cv-08259 Zhang v. Four Seasons Beauty Spa, Inc. et al,
- 7:18-cv-07413 Chen v. Kicho Corporation et al,
- 1:18-cv-07342 Tecocoatzi-Ortiz et al v. Just Salad LLC et al,
- 1:18-cv-06442 Gao v. A Canaan Sushi Inc. et al,
- 1:18-cv-06439 Gao v. Umi Sushi, Inc. et al,
- 1:18-cv-06430 Li v. Hui Yang Nails & Beauty Spa Inc et al,
- 1:18-cv-06231 Su v. Wah Fung USA Inc et al,
- 1:18-cv-06175 Solares-Gonzaga v. Essen22 LLC et al,
- 1:18-cv-06174 Chang et al v. CK Tours, Inc et al,
- 1:18-cv-06018 Yeh v. Han Dynasty, Inc et al,
- 1:18-cv-05448 Qiu et al v. Shanghai Cuisine, Inc. et al,
- 1:18-cv-04734 Zhao et al v. Matsu Fusion Restaurant, Inc. et al,
- 1:18-cv-04147 Guo v. A Canaan Sushi Inc.,
- 1:17-cv-10248 Law v. AAE Express (NY) Corp.,
- 1:17-cv-10244 Jinquan et al v. Pomodoro Italian Express Inc. et al,
- 1:17-cv-10240 Zhong et al v. Royal Siam Restaurant, Inc et al,
- 1:17-cv-10161 Hu et al v. 226 Wild Ginger Inc. et al,
- 1:17-cv-09582 Wang v. Yong Lee Inc. et al,
- 1:17-cv-09465 Zhang et al v. New Beijing Wok, Inc. et al,
- 1:17-cv-02517 Zhao v. Soho Sushi, Inc. et al,
- 1:17-cv-02013 Wang v. Happy Hot Hunan Restaurant, Inc. et al,
- 1:17-cv-00840 Wang et al v. Shun Lee Palace Restaurant, Inc. et al,
- 1:17-cv-00816 Tangtiwatanapaibul et al v. Tom & Toon Inc et al,
- 1:17-cv-00814 Sarikaputar et al v. Veratip Corp. et al,
- 1:17-cv-00802 Chen et al v. Hunan Manor Enterprise, Inc. et al,
- 7:16-cv-07787 Li v. Chinatown Take-Out Inc. et al,
- 1:16-cv-07078 Camara et al v. Just Salad 600 Third LLC et al,
- 1:16-cv-05735 Chen et al v. 2425 Broadway Chao Restaurant, LLC et al,
- 1:16-cv-02012 Chen et al v. Best Miyako Sushi Corp. et al,
- 1:16-cv-02005 Chen et al v. H.B. Restaurant Group, Inc. et al,
- 1:15-cv-04433 Li et al v. 8868 Corp et al,
- 1:15-cv-02950 Lin v. Grand Sichuan 74 st Inc. et al,
- 1:14-cv-10242 Li et al v. Ichiro Sushi, Inc. et al,

46. Aaron Schweitzer is an attorney in at least 83 cases in the Eastern District of New York.

- 1:20-cv-06390 Li v. The Chinese Nail Salon Association of East America Inc. et al,
- 1:20-cv-06387 Pang v. Flying Horse Trucking Co Ltd et al,
- 2:20-cv-06296-KAM-ST Li v. Capri Nails & Eco Spa Inc. et. al.,
- 1:20-cv-06242 Ying v. All–Ways Forwarding of N.Y. Inc. et al,

- 1:20-cv-06076-LDH-RER Ding et al v. The Mask Pot Inc. et al,
- 2:20-cv-05631-GRB-AYS Abe v. Seyak Corp. et al,
- 1:20-cv-05557 Tan v. Starlight Tours, Inc. et al ,
- 1:20-cv-05410 Wang et al v. Kirin Transportation Inc et al,
- 2:20-cv-05269 Won et al v. Gel Factory, Corp. et al,
- 2:20-cv-05263-FB-AKT Tian v. Star Nail Salon, Inc. et al,
- 2:20-cv-04767-SJF-AKT Chiu v. East Village Staffing Inc. et al,
- 1:20-cv-04744-ARR-RLM Loh v. 212 Grand Food Corp,
- 1:20-cv-04588-CBA-CLP Wang v. You Garden Dumpling, Inc. et al,
- 1:20-cv-03667-MKB-RML Cui et al v. D Prime, Inc.
- 1:20-cv-02749 Ye et al v. Fuji Hana Restaurant Corp et al ,
- 1:20-cv-02746 Lin v. JD Produce Maspeth LLC et al,
- 1:20-cv-2637 Leong v. Laundry Depot, LLC et al,
- 1:20-cv-02266-PKC-VMS Han v. Shang Noodle House, Inc. et al,
- 1:20-cv-01597-ARR-RLM Loh v Kong Kee Food Corp. et al,
- 1:20-cv-00640-KAM-RER Cooper-Nolasco v. Royal Waste Services, inc et al,
- 2:19-cv-07313 Chen v. Asian Terrace Restaurant Inc et al.,
- 1:19-cv-07312 Pascualito v. Musano et al.,
- 1:19-cv-07304 Tang et al v. Happy Food Restaurant Inc et al
- 1:19-cv-07290-ARR-ST Almazo-Ramirez et al v. Ulises Pharmacy, Inc. et al
- 2:19-cv-07269-AMD-SMG Shen et al v. Zentao Inc et al
- 1:19-cv-07267-BMC Panora v. Deenora Corp et al
- 1:19-cv-07266-AMD-SJB Zhang v. Wan Hao Restaurant Inc. et al,
- 1:19-cv-05458-ENV-JO Stidhum v. 161-10 Hillside Auto Ave, LLC et al,
- 1:19-cv-05203-CBA-SJB Yang v. Zhou's Yummy Restaurant, Inc. et al,
- 1:19-cv-04745-MKB-CLP Caicedo Soto v. Miss Laser, Inc. et al,
- 1:19-cv-04687-PKC-SMG Singh et al v. Golam Mowla Construction, Corp. et al,
- 2:19-cv-03653-JS-ARL Guo v. JR Asian Fusion Inc et. al.,
- 2:19-cv-03545 Leong v. Laundry Depot, LLC et al,
- 2:19-cv-03276 Chen v. LJC Trading New York, Inc. et al,
- 2:19-cv-03269 Ni v. Red Tiger Dumpling House, Inc. et al,
- 2:19-cv-03266-JS-GRB Xu v. Kingstech Technologies, LLC. et al,
- 1:19-cv-03236 Yang v. An Ju Home, Inc. et al,
- 1:19-cv-03149-LDH-RER Hong v. Mito Asian Fusion, Inc. et al,
- 1:19-cv-01625-ARR-SMG Stidhum et al v. 161-10 Hillside Auto Ave, LLC et al;
- 2:19-cv-03545 Leong v. Laundry Depot, LLC et al,
- 2:19-cv-00630 Chen v. Glow Asian Food, Inc. et al,
- 1:18-cv-07446 Zhang v. Create Glory, Inc. et al,
- 1:18-cv-07341 Wang v. X B B, Inc. et al,
- 2:18-cv-07001 Yu et. al. v. Kim,
- 1:18-cv-06910 Zang v. Daxi Sichuan Inc. et al,
- 1:18-cv-06616 Xing v. Mayflower International Hotel Group Inc et al,
- 2:18-cv-06614 Gu v. Lemonleaf Thai Restaurant Mineola Corporation et al,

- 1:18-cv-06317 Pan et al v. Nutrition Rite Corporation et al,
- 2:18-cv-05091 Chiu v. American Yuexianggui of LI LLC et al,
- 1:18-cv-04086 Wei v. Red Panda Asian Bistro Inc et al,
- 1:18-cv-04085 Wei v. Jing Fu House, Inc. et al,
- 2:18-cv-03817 Huang et al v. Gel Factory, Corp. et al,
- 2:18-cv-03266 Wang v. Mandarin Glen Cove, Inc. et al,
- 2:18-cv-03249 Lin v. Lumix Hibachi Restaurant, Inc. et al,
- 1:18-cv-00729 Yang et al v. Everyday Beauty Amore Inc. et al,
- 1:18-cv-00417 Zhu v. Wanrong Trading Corp.,
- 1:17-cv-07603 Suarez Castaneda et al v. F&R Cleaning Services Corp,
- 1:17-cv-07601 Zeng v. The Parc Hotel LLC,
- 1:17-cv-07600 Shum v. JILI Inc et al,
- 1:17-cv-07547 Zhuang et al v. Huis Garden Restaurant Inc et al,
- 1:17-cv-07509 Xie v. Sakura Kai I Inc. et al,
- 1:17-cv-06563 Bi v. Guan Dong Yi Jia, Inc. et al,
- 1:17-cv-06464 Yip et al v. McDonald's Corporation et al,
- 1:17-cv-05570 Du v. Ma Roo, Inc. et al,
- 2:17-cv-04357 Lin v. Autumn Sky Enterprise Corp. et al,
- 2:17-cv-04202 Yu et al v. Kotobuki Restaurant, Inc. et al,
- 1:17-cv-03737 Lin v. Monda Window & Door Systems, Inc. et al,
- 1:17-cv-03435 Lin v. Joe Japanese Buffet Restaurant Inc. et al,
- 1:17-cv-03181 Huang v. GW of Flushing I, Inc. et al,
- 1:17-cv-02558 Loo v. I.M.E. Restaurant Inc. et al,
- 1:17-cv-02174 Hong et al v. 7 Express Restaurant Corp. et al,
- 1:17-cv-01044 Lin v. Rising Sun Restaurant, Inc. et al,
- 1:17-cv-00646 Plasencia Sanchez et al v. Vital Drugs, Inc. et al,
- 1:16-cv-05633 Jin et al v. Shanghai Original, Inc. et al,
- 2:16-cv-05316 Qu v. Wendy Nail & Spa Inc. et al,
- 1:16-cv-05185 Shi v. DXN Mike Corporation et al,
- 1:16-cv-04840 Sun et al v. Sushi Fussion Express, Inc. et al,
- 2:16-cv-01353 Yang et al v. Flushing Food, Inc. et al,
- 2:15-cv-07396 Singh v. A & A Market Plaza, Inc. et al,
- 2:15-cv-06206 Chen v. Marvel Food Services LLC et al,
- 1:15-cv-03642 Luo et al v. Panarium Kissena Inc. et al,
- 1:15-cv-02215 Guan v. Long Island Business Institute, Inc. et al,
- 2:14-cv-01647 Zhang et al v. Wen Mei Inc. et al,

47. Aaron Schweitzer is an attorney in 17 cases in the District of New Jersey.

- 2:14-cv-00809-JMV-MF YIN et al v. HANAMI WESTWOOD, INC. et al;

- 2:15-cv-05530-ES-MAH HA v. BAUMGART CAFE OF LIVINGSTON et al;
- 2:15-cv-06310-KM-MAH GOH v. COCO ASIAN CUISINE, INC. et al;
- 2:16-cv-02811-KSH-CLW GOH v. NORI O INC.;
- 2:16-cv-04798-KM-MAH YUE v. HYC Corp. et al;
- 2:17-cv-12867-ES-CLW LIU et al v. CHENG DU 23 INC et al;
- 2:18-cv-09887-CCC-MF LI v. SOUP DUMPLING PLUS INC. et al;
- 2:18-cv-10358-JMV-SCM DING v. BAUMGART RESTAURANT, INC. et al;
- 2:18-cv-10359-JLL-SCM ZHANG v. CHONGQING LIUYISHOU GOURMET NJ INC et al;
- 2:18-cv-11277-ES-JAD LI v. CHINESE BODY WORKS, INC et al;
- 2:18-cv-11347-KM-SCM WANG et al v. AN DA NJ CONSTRUCTION LLC et al;
- 2:18-cv-13791-SDW-CLW CHEN v. MAIN MOON LIN INC. et al;
- 2:19-cv-09392-KM-MAH YANG v. TASTE OF NORTH CHINA, LTD et al;
- 2:19-cv-12742-CCC-JBC YANG v. SOMCHAI AND COMPANY INC et al;
- 3:15-cv-02950-MAS-DEA WANG et al v. CHAPEI LLC et al;
- 3:16-cv-02443-MAS-TJB WANG et al v. SAKER SHOPRITES, INC. et al; and
- 3:18-cv-11278-BRM-LHG LIN v. WASABI N' WOK INC et al.

48. Aaron Schweitzer is an attorney in 4 cases in the Northern District of New York, District of Illinois, District of Massachusetts, and District of West Virginia

- N.D.N.Y. 1:17-cv-00148-MAD-TWD Zhang v. Ichiban Group, LLC et al;
- D. Ill. 1:18-cv-06848 18-cv-06848 Lin v. Monda Window & Door Systems, Inc. et al;
- D. Mass. 3:16-cv-40138-KAR Gonpo v. Sonam's Stonewalls & Art, LLC et al; and
- D.W.V. 17-cv-00042-IMK You v. Grand China Buffet & Grill, Inc.

49. Mr. Schweitzer was previously awarded $400 per hour in *Zhiqiang Lu et al. v. Golden Fortune Restaurant Inc et al.* (New York State, N.Y. County Apr. 27, 2022 Oral Order); $350.00 per hour in: *Yong Xu v. Kealoha Sushi Inc. et al.,* 1: 19-cv-1185-PAE-SDA (S.D.N.Y. August 24, 2021); *Lianhua Weng v. Kung Fu Little Steamed Buns et al.*, 1:17-cv-00273-LAP (S.D.N.Y. May 21, 2021); 1:17-cv-10161-JGK-KNF *Hu et al v.226 Wild Ginger Inc. et al*. (S.D.N.Y. Oct. 7, 2020); 2:18-cv-10359-CCC-SCM *Zhang v. Chongqing Liuyishou Gourmet NJ Inc*. (D.N.J. Nov. 26, 2019); $325 in *Yatao Wang v. Maxim International Group, Inc.*, American Arbitration Association Case No. 01-20-0000-0617 Final Award (June 1, 2021), $225 per hour in *Junmin Shen*

*v. Number One Fresco Tortillas*, 16-cv-2015 (RWL) (S.D.N.Y. Feb. 19, 2019); $225 per hour in *Baoli Zhang v. New Beijing wok d/b/a Beijing Wok* et al 17-cv-09465 (S.D.N.Y. Mar. 3, 2020).

50. In non-contingent fee structure matters, Mr. Schweitzer charges $400.00 per hour to his clients.

51. Plaintiff respectfully requests a rate of $400.00 per hour for Mr. Schweitzer's billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

### 3.    Managing Clerk Preethi Kilaru

52. **PREETHI KILARU** is the Managing Clerk at Troy Law. She holds her LLM from SMU Dedman School of Law since December 2017. She graduated from the Karnataka State Law University, CMR Law School since July 2016. She has worked with Troy Law since April 2018. Prior to joining Troy Law, she has worked as a legal assistant and advisor in Bangalore, India, specializing in civil practice.

53. Ms. Kilaru was previously awarded $150 per hour in 2:18-cv-10359-CCC-SCM Zhang v. Chongqing Liuyishou Gourmet NJ Inc.

54. Ms. Kilaru was previously awarded $200 per hour in *Yong Xu v. Kealoha Sushi Inc. et al.,* 1: 19-cv-1185-PAE-SDA (S.D.N.Y. August 24, 2021); *Lianhua Weng v. Kung Fu Little Steamed Buns et al.*, 1:17-cv-00273-LAP (S.D.N.Y. May 21, 2021); 17-cv-10161-JGK-KNF *Hu et al v.226 Wild Ginger Inc. et al.* (S.D.N.Y. Oct. 7, 2020); *Zhiqiang Lu et al. v. Golden Fortune Restaurant Inc et al.* (New York State, N.Y. County Apr. 27, 2022 Oral Order); $150 per hour in 2:18-cv-10359-CCC-SCM *Zhang v. Chongqing Liuyishou Gourmet NJ Inc* and in *Yatao Wang v. Maxim International Group, Inc.*, American Arbitration Association Case No. 01-20-0000-0617 Final Award (June 1, 2021).

55. Plaintiff respectfully requests a rate of $200.00 per hour for Ms. Kilaru's billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

### 4. Clerk Andrew O'Connor

56. **ANDREW O'CONNOR** was a clerk at Troy Law and holds his J.D. from Brooklyn Law School and a B.A. in History and Political Science from SUNY Oswego.

57. Prior to joining Troy Law, he has worked for the Pandemic Employment Relief Clinic, working with persons who had become unemployed or laid off due to the COVID-19 pandemic to ensure they received benefits they were owed in a timely manner. He also has worked in Real Estate law before joining the Troy team, working on property sales of homes and businesses throughout the New York City area.

58. Plaintiff respectfully requests a rate of $150.00 per hour for Mr. O'Connor's billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

### 5. Clerk Gavin Dass

59. **GAVIN DASS** is a clerk at Troy Law and holds his Bachelors in Law & Society and Sociology from CUNY John Jay College of Criminal Justice. He has recently graduated CUNY John Jay College and has worked with Troy Law since January of 2021. Prior to working for Troy Law, he has interned with numerous of judges from the Brooklyn Civil Court, from June to July 2018, Richmond County Civil Court in August 2018, Manhattan Family Court from September 2018 to May 2019.

60. Plaintiff respectfully requests a rate of $150.00 per hour for Mr. Dass's billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

### 6. Associate Tiffany Troy

61. **TIFFANY TROY** holds her JD, *cum laude* from Fordham University School of Law, where she was a New York State Unified Court System Pro Bono Scholar, Archibald Murray Public Interest *magna cum laude* awardee, and Ruth Whitehead Whaley Scholar. She holds an MFA, in Creative Writing with a specialization in Literary Translation, and a BA, *magna cum laude*, in Creative Writing with honors, and in Economics from Columbia University, where she

was honored as a Core Scholar, Louis Sudler Prize in the Arts recipient, Chair's Fellow, Word for Word Travel grantee, and the "by far most nominated" Phi Beta Kappa inductee of her graduating class.

62. Ms. Troy was admitted to the New York State Bar on June 24, 2021. She was additionally admitted to the New Jersey State Bar on July 22, 2021; Massachusetts State Bar on August 1, 2021; California State Bar on April 29, 2022; South Carolina State Bar on March 14, 2022; and the Texas State Bar on July 14, 2022. She was admitted in 2021 to the following federal courts: the First Circuit Court of Appeals; Second Circuit Court of Appeals; Third Circuit Court of Appeals; New York Southern District and Bankruptcy Courts; New York Eastern District and Bankruptcy Courts; New York Northern District Court; New York Western District Court; New Jersey State Bar; New Jersey District Court; and Massachusetts District Court; and the Connecticut State Bar. She was admitted in 2022 to the Connecticut District Court, and the Southern District of Indiana.

63. Ms. Troy is the attorney of record for 35 cases in the Southern District Court.

- 1:14-cv-02451-ER Rodpracha et al v. Pongsri Thai Restaurant Corp. et al;
- 1:16-cv-05591-ALC Chong et al v. Golden 88 Spoon Inc. et al;
- 1:17-cv-00840-VSB Wang et al v. Shun Lee Palace Restaurant, Inc. et al;
- 1:17-cv-04058-RA-SLC Kwan v. Sahara Dreams Co. II Inc. et al;
- 1:17-cv-06713-DCF Cui v. East Palace One, Inc. et al;
- 1:17-cv-07066-JPC Zhang et al v. Hiro Sushi at Ollies Inc. et al;
- 1:17-cv-09582-JPO Wang v. Yong Lee Inc. et al;
- 1:18-cv-04941-LAP Ye v. 2953 Broadway LLC et al;
- 1:18-cv-06174-PAC-RWL Chang et al v. CK Tours, Inc et al;
- 1:18-cv-06442-GBD-OTW Gao v. A Canaan Sushi Inc. et al;
- 1:18-cv-08259-GHW Zhang v. Four Seasons Beauty Spa, Inc. et al;
- 1:18-cv-09417-ER Ortiz Ochoa et al v. Prince Deli Grocery Corp. et al;
- 1:19-cv-02515-JPC Gao v. Savour Sichuan Inc. et al;
- 1:19-cv-05025-JMF Naik et al v. Swagat Restaurant, Inc. et al;
- 1:19-cv-07654-VEC Chen v. Lilis 200 West 57th Corp. et al;

- 1:19-cv-07702-LJL-DCF Huang et al v. Shanghai City Corp et al;
- 1:19-cv-11883-GBD-BCM Chen et al v. Dun Huang Corp et al;
- 1:19-cv-11895-JMF Chen v. Matsu Fusion Restaurant Inc et al;
- 1:20-cv-02633-VSB-GWG Hong v. Lin's Garden Restaurant, Inc. et al;
- 1:20-cv-04323-JPC-RWL Lluilema Garcia et al v. Francis General Construction Inc. et al;
- 1:20-cv-08010-LTS-GWG Perez et al v. Escobar Construction, Inc. et al;
- 1:20-cv-08903-LJL Cheng et al v. Via Quadronno LLC et al;
- 1:20-cv-09725-JPC Abe v. Uezu Corporation et al;
- 1:21-cv-00231-GHW-OTW Ramirez et al v. Archdiocese of New York et al;
- 1:21-cv-05381-KPF Wallace v. Crab House, Inc. et al;
- 1:21-cv-05757-LJL Wallace v. Crab House, Inc. et al;
- 1:21-cv-06993-MKV Wallace v. International House of Pancakes, LLC et al;
- 1:22-cv-02430-VEC Yuquilema Mullo et al v. DoorDash, Inc. et al;
- 1:22-cv-02850-AT Li v. Regency Health Care, Inc. et al;
- 1:22-cv-08963-ALC Yan et al v. HungryPanda Us Inc. ;
- 7:19-cv-05018-NSR-AEK Hong v. JP White Plains, Inc. et al;
- 7:19-cv-11881-VB Ji v. Aily Foot Relax Station Inc et al;
- 7:20-cv-03904-PMH Liang v. Master Wok, Inc. et al;
- 7:21-cv-11226-CS Singh v. 9D Food Mart Inc. et al; and
- 7:22-cv-08196-VB Ji v. New Aily Foot Relax Station Inc et al.

64. Ms. Troy is the attorney of record for 44 cases in the Eastern District Court.

- 1:15-cv-03642-WFK-ST Luo et al v. Panarium Kissena Inc. et al
- 1:16-cv-01953-RPK-TAM Li et al v. The Dolar Shop Restaurant Group LLC et al
- 1:16-cv-02474-RPK-TAM Lin et al v. The Dolar Shop Restaurant Group, LLC et al
- 1:17-cv-01044-RPK-SJB Lin v. Rising Sun Restaurant, Inc. et al
- 1:17-cv-02348-ARR-JRC Hu et al v. The City of New York et al (Closed on 01/20/2022)
- 1:17-cv-03435-WFK-CLP Lin v. Joe Japanese Buffet Restaurant Inc. et al (Closed on 12/10/2021)
- 1:18-cv-00417-ENV-MMH Zhu v. Wanrong Trading Corp.
- 1:18-cv-05624-HG-VMS Jiao et al v. Shang Shang Qian Inc et al
- 1:18-cv-06910-DG-SJB Zang v. Daxi Sichuan Inc. et al
- 1:19-cv-03149-TAM Hong v. Mito Asian Fusion, Inc. et al
- 1:19-cv-03780-ENV-VMS Karaisaridis v. Red Panda Asian Bistro Inc. et al
- 1:19-cv-04564-ENV-ST Ye v. Estate of Xiao Zhong Li et al
- 1:19-cv-04687-PKC-LB Singh et al v. Golam Mowla Construction, Corp. et al

- 1:20-cv-01470-WFK-RML Ren v. Arcadia Health Pharmacy, Corp et al
- 1:20-cv-02266-PKC-VMS Han v. Shang Noodle House, Inc. et al
- 1:20-cv-02637-HG-PK Leong v. Laundry Depot, LLC et al
- 1:20-cv-02746-WFK-TAM Lin v. JD Produce Maspeth LLC et al
- 1:20-cv-02975-KAM-JRC Rodriguez v. 4 Caminos Mexican Restaurant Corp. et al
- 1:20-cv-03667-MKB-MMH Cui et al v. D Prime, Inc.
- 1:20-cv-05410-KAM-TAM Wang et al v. Kirin Transportation Inc et al
- 1:20-cv-05557-SJB Tan v. Starlight Tours, Inc. et al (Closed on 07/27/2021)
- 1:20-cv-06242-ENV-MMH Ying v. All-Ways Forwarding of N.Y. Inc. et al
- 1:20-cv-06387-ARR-TAM Pang v. Flying Horse Trucking Co Ltd et al (Closed on 03/10/2022)
- 1:21-cv-02678-ARR-ST Almazo-Ramirez et al v. Buena Vida Pharmacy, Inc. et al (Closed on 02/10/2022)
- 1:21-cv-03112-ENV-RLM Li v. Modern Lighting Corp et al (Closed on 04/22/2022)
- 1:21-cv-03254-KAM-TAM Wang et al v. Kirin Transportation Inc. et al
- 1:21-cv-03771-PKC-VMS Han v. Shang Noodle House, Inc. et al (Closed on 10/25/2021)
- 1:21-cv-03832-EK-JRC Lin et al v. Fuji Hana Restaurant Corp et al
- 1:21-cv-05002-HG-VMS Jiao et al v. Chulaizhadao Inc
- 1:21-cv-07137-AMD-RML Tung et al v. Wan Hao Restaurant, Inc. et al
- 1:21-cv-07163-HG-RLM Stidhum v. 161-10 Hillside Auto Ave, LLC et al
- 1:21-cv-07194-KAM-TAM Wang et al v. Hebei Tiankai Foundation Engineering Technical Co., Ltd et al
- 1:22-cv-05475-PKC-RER Singh v. Anmol Food Mart, Inc. et al
- 2:14-cv-01647-JS-SIL Zhang et al v. Wen Mei Inc. et al (Closed on 09/08/2022)
- 2:18-cv-06609-JS-SIL Sun v. Li Ya Nail Spa Inc. et al (Closed on 07/28/2022)
- 2:19-cv-01203-ENV-LGD Xia et. al. v. 62-98 Realty LLC et. al.
- 2:19-cv-03269-GRB-SIL Ni v. Red Tiger Dumpling House Inc et al
- 2:19-cv-03545-HG-PK Leong v. Laundry Depot, LLC et al
- 2:20-cv-02736-DRH-AYS Singh et al v. All Empire Building Contractors Inc. et al (Closed on 07/21/2021)
- 2:20-cv-05263-FB-SIL Tian v. Star Nail Salon, Inc. et al
- 2:20-cv-06296-KAM-ST Li v. Capri Nails & Eco Spa Inc. et. al.
- 2:22-cv-03164-MKB-ARL Abe et al v. Yamaguchi & Friends, Inc. et al
- 2:22-cv-04110-JMA-LGD Teoh v. Manhasset Restaurant, LLC et al
- 2:22-cv-05523-NM-ST Sun v. New G Nails & Spa Inc, et al

65. Ms. Troy is also the attorney of record in 5 cases in the District of New Jersey and the District of Massachusetts.

- M.A.D. 1:21-cv-11732-FDS Jiang v. Tokyo II Steak House, Inc. et al
- N.J.D. 2:18-cv-10358-JXN-JBC Ding v. Baumgart Restaurant, Inc. et al
- N.J.D. 2:18-cv-11347-KM-ESK WANG et al v. An Da NJ Construction LLC et al
- N.J.D. 2:19-cv-12742-CCC-JBC YANG v. Somchai and Company Inc et al
- N.J.D. 2:20-cv-05942-JXN-JBC LIN et al v. Fada Group Inc et al

66. At Troy Law, Ms. Troy assists in the firm's civil litigation practice, including employment wage-and-hour class litigation and, appellate practice.

67. Ms. Troy has previously interned at the United States Attorneys' Office in the Eastern District in New York from September through December 2019, the New York City Law Department, in the Environmental Law Division from January through April 2020, the Fordham Law School Criminal Defense clinic from September to December 2020, the Immigrant Rights Clinic as a Pro Bono Scholar from February 2021 to May 2021, and worked advocating for the immigrant worker community at Troy Law since 2008.

68. Ms. Troy serves on the National Employment Lawyers' Association-New York Conference Committee and has served as moderator on the panel "Recent Trends and Strategic Considerations for Conditional Collective Actions under the FLSA" at the National Employment Lawyers' Association-New York 2022 Spring Conference on Representing Employees.

69. Ms. Troy is a NYS Unified Court System Mandarin Chinese interpreter since 2019.

70. Previously, while a paralegal, Ms. Troy has been awarded a rate of $150 in: *Lianhua Weng v. Kung Fu Little Steamed Buns et al.*, 1:17-cv-00273-LAP (S.D.N.Y. May 21, 2021); 17-cv-10161-JGK-KNF *Hu et al v.226 Wild Ginger Inc. et al*. (S.D.N.Y. Oct. 7, 2020) *Tarsem Singh et al. v. Dany Restoration, Inc. et al.* 17-cv-03787 (S.D.N.Y. Sept. 18, 2018); *Zhiqiang Lu et al. v. Golden Fortune Restaurant Inc et al.* (New York State, N.Y. County Apr. 27, 2022 Oral Order);

in *Yatao Wang v. Maxim International Group, Inc.*, American Arbitration Association Case No. 01-20-0000-0617 Final Award (June 1, 2021).

71. In non-contingent fee structure matters, Ms. Troy charges $250.00 per hour to her clients.

72. Plaintiff respectfully requests a rate of $250.00 per hour for Ms. Troy's billable hours as part of the lodestar comparator cross-check to evaluate the fairness of the fee award. For the travel to the court for the settlement conference, I have applied a reduced rate of $100.00 for Ms. Troy as part of the lodestar comparator cross-check to evaluate the fairness of the fee award.

## II.    **Lodestar Fees Submitted in Support of Lodestar Cross Check**

73. On July 28, 2022, the parties participated in a private mediation session before Judge Henry Pitman (Ret.) and on August 1, 2022, agreed to a settlement in principle in the amount of Seven Hundred Fifty Thousand Dollars ($750,000.00). Of that amount, the parties allocated (1) One Hundred Thousand Dollars ($100,000.00) to wage-and-hour claims under the FLSA and NYLL and (2) Six Hundred Fifty Thousand Dollars ($650,000.00) to all other non-FLSA or NYLL claims alleged in Plaintiffs' Third Amended Complaint.

74. Defendants will provide Plaintiff with a settlement in the amount of One Hundred Thousand Dollars ($100,000.00). Of the Settlement Amount, One Third (1/3), or Thirty-Three Thousand Three Hundred Thirty-Three Dollars And Thirty-Three Cents ($33,333.33) is to be paid to Plaintiffs' counsel. Two Thirds (2/3), or Sixty-Six Thousand Six Hundred Sixty-Six Dollars And Sixty-Seven Cents($66,666.67) is due to Plaintiffs.

75. This amount represents the rough amount in proportion to the damages that Plaintiffs expected to receive in wage-and-hour and discrimination should the case go forward.

76. The retainer agreements agreed to and signed by Plaintiffs provided that Plaintiffs' counsel could recover One Third (1/3) of net recovery of any settlement in addition to costs and expenses. Plaintiffs' Counsel seek One Third (1/3) of the recovery.

77. The below chart is only provided for the purposes of a lodestar cross check in compliance with Judge Woods' orders.

**Summary of Attorneys Fee (through September 2, 2022):**

| Individual | Hourly Rate | Hours Expended | Total Fees |
|---|---|---|---|
| John Troy | $650.00 | 52.54 | $34,151.00 |
| | $275.00 | 3.00 | $825.00 |
| Aaron Schweitzer | $400.00 | 154.34 | $14,984.00 |
| Tiffany Troy | $250.00 | 220.74 | $55,185.00 |
| | $100.00 | 3.00 | $300.00 |
| Preethi Kilaru | $200.00 | 39.66 | $7,932.00 |
| Andrew O'Connor | $150.00 | 6.92 | $1,038.00 |
| Gavin Dass | $150.00 | 120.50 | $18,075.00 |
| **TOTAL** | | | **$179,242.00** |

78. Mr. John Troy has been awarded an hourly rate of $550, Aaron Schweitzer an hourly rate of $400, Preethi Kilaru an hourly rate of $200 and Tiffany Troy an hourly rate of $150 pre-admission in several recent court cases in the Southern District, and equal or higher rates in other recent districts court ruling.

79. Accordingly, the fees requested are reasonable hourly rates for the lodestar cross check for the purposes of ensuring that the Court has information on individuals' roles and experience to calculate a lodestar comparator to evaluate the fairness of the attorney's fee award for the FLSA/NYLL portion of the settlement.

80. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: Flushing, NY
          November 7, 2022

                                      Respectfully submitted,
                                        TROY LAW, PLLC
                                        /s/ John Troy
                                        John Troy
                                        41-25 Kissena Boulevard, Suite 110
                                        Flushing, NY 11355