```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
NICOLAS GUADALUPE RAMIREZ, ESTELA :
ROCIO RAMIREZ, ROSALINDA ROSALES, :
NICHOLAS P. RAMIREZ *and* ALBERTO PENA, :   1:20-cv-231-GHW
*on behalf of themselves and others similarly situated*, :
: ORDER
Plaintiffs, :
:
-v - :
:
ARCHDIOCESE OF NEW YORK, ST. JOSEPH :
OF THE HOLY FAMILY, JOSEPH SAYEGH, :
LUANA DARSON, *and* JOSEPH KINDA, :
:
Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the conference held on November 10, 2022, the deadline for any supplemental submissions in support of the joint motion for approval of the parties' settlement, Dkt. No. 90, is November 30, 2022.

    SO ORDERED.

Dated: November 10, 2022
       New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge