## MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NICOLAS GUADALUPE RAMIREZ, ESTELA ROCIO RAMIREZ, ROSALINDA ROSALES, NICHOLAS P. RAMIREZ, and ALBERTO PENA, *on behalf of themselves and others similarly situated,*

Plaintiffs,

-against-

ARCHDIOCESE OF NEW YORK; ST. JOSEPH OF THE HOLY FAMILY; JOSEPH SAYEGH, LUANA DARSON, and JOSEPH KINDA,

Defendants.

Case No.: 1:21-cv-00231 (GHW)(OTW)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that the above-captioned action is hereby dismissed with prejudice in its entirety against Defendants.

Respectfully submitted,

TROY LAW, PLLC
*ATTORNEYS FOR PLAINTIFFS*
41-25 Kissena Blvd., Suite 103,
Flushing, New York 11355
(718) 762-1324

By: _____
John Troy, Esq.
Tiffany Troy, Esq.

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000

By: _____
Jason A. Zoldessy, Esq.
Catalina Cadavid, Esq.

For the reasons stated on the record during the hearing held on December 22, 2022, the Court finds the parties' proposed settlement of Plaintiffs' FLSA and NYLL claims to be fair and reasonable. Accordingly, Plaintiffs' FLSA and NYLL claims are dismissed with prejudice pursuant to Rule 41(a)(2). The parties have stipulated to the dismissal of all of Plaintiffs' remaining claims in this action with prejudice under Rule 41(a)(1)(A)(ii).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge